

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| ARTURO HERRADA SARABIA, | § |
| Petitioner, | § |
| | § |
| v. | § CASE NO. _____ |
| | § |
| MARISOL MACÍAS MARTÍNEZ, | § |
| JOSE LUIS MACÍAS REYES | § |
| | § |
| Respondents. | § |

**VERIFIED EMERGENCY PETITION FOR**
**RETURN OF CHILDREN TO PETITIONER**

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague On October 25, 1980; International Child Abduction Remedies Act, 42 U.S.C. 11601 *et seq.***

**I. Introduction**

1.      Petitioner Arturo Herrada Sarabia ("Herrada" or the "Father") brings this Verified

Emergency Petition as a result of the illegal and wrongful abduction by Respondent Marisol

Macías Martínez ("Macías" or the "Mother") of their two children, a six-year-old daughter

("N.H.") and a five-year-old son ("E.H.") ("the Children"), to the United States from the proper

custody jurisdiction of Loreto, Zacatecas, Mexico around July 25, 2020.  Respondent Jose Luis

Macías Reyes is the Mother's cousin and substantially aided and abetted the Mother in violating

the Father's custody rights thus necessitating this action.  Petitioner brings this Petition under The

Convention on the Civil Aspects of International Child Abduction, done at the Hague on October

25, 1980[1] (hereinafter the "Hague Convention" or "Convention"), and the International Child

Abduction Remedies Act (hereinafter "ICARA") 42 U.S.C. § 11601 *et seq.* (1995).[2]  The

Convention is an international treaty to which both the United States and Mexico are signatories,

---

[1]      T.I.A.S. No. 11,670, at 1, 22514 U.N.T.S. at 98, *reprinted in* 51 Fed. Reg. 10493 (1986).
[2]      42 U.S.C. § 11601 *et. seq.* (2001).

*see* T.I.A.S. No. 11670. S. Treaty Doc. No. 99-11, and ICARA is its domestic implementing legislation.  The objects of the Convention are: (1) to secure the immediate return of a child wrongfully removed or wrongfully retained in any Contracting State; and (2) to ensure that rights of custody and of access under the law of one Contracting State are effectively respected in other Contracting States. Convention, art. 1.

2.      The Mother's abduction of the Children to the United States is in breach of the Father's rights of custody under Mexican law, which rights give him the right to return the Children to Mexico under the Convention.

## II. Jurisdiction

3.      This Court has jurisdiction under 42 U.S.C. § 11603 (1995) because this case involves the removal of children under the age of sixteen to the United States of America from their place of habitual residence in Loreto, Zacatecas, Mexico, and the Children are currently located within the Western District of Texas, San Antonio Division, at 206 N. Artesia Avenue, Nixon, Gonzales County, Texas.

## III. Status of Petitioner and the Children

4.      Herrada and Macías are the parents of N.H., a six-year-old girl born in July 2014, and E.H., a five-year-old boy born in November 2015, both in Aguascalientes, Aguascalientes, Mexico. (Exhibit 1; a true copy of N.H.'s birth certificate and Translation); (Exhibit 2; a true copy of E.H's birth certificate and Translation).  There are no other children of the couple.

5.      Herrada was born in Rochelle, Illinois and lived there until he was eight years old, when he moved to Loreto, Zacatecas to attend school and be closer to family.  He met his first wife in Loreto and moved with her back to Rochelle, Illinois after she became pregnant with their first child in 1994.   They had three children together in Illinois, two girls and a boy; the

girls were born in 1994 and 2000 and the boy in 1998. The youngest child, Daniela Herrada, now twenty years old, lives in Fort Worth, Texas and later helped her father's efforts to recover her half-brother and sister.

6. Herrada is disabled and unemployed. He has filed an application to proceed *in forma pauperis*. In 2001 when 25 years old his vision became impaired and he was diagnosed with keratoconus, an eye condition in which the cornea weakens and thins over time, causing the development of a bulge and optical irregularity of the cornea and related vision loss; and Stargardt disease, an inherited disorder of the retina that also causes vision loss. After the diagnosis, Herrada stopped his regular employment as a forklift operator and began receiving social security disability benefits. Herrada has received social security disability for his vision loss since its diagnosis.

7. Macías is a kindergarten schoolteacher. She taught at the primary school attended by N.H. and E.H. in Loreto, Zacatecas.

8. Herrada and Macías never married. They began seeing each other after Herrada divorced his first wife in Rochelle, Illinois in 2005. Herrada later relocated to Loreto, Zacatecas and began living with Macías around 2008. They lived with Herrada's mother, Andrea Sarabia González ("Sarabia"), in her home. Two years later in 2010 at his ex-wife's request, Herrada brought the three children from his first marriage from Rochelle, Illinois to Loreto, Zacatecas to live with him, Macías, and Sarabia. At around this time, Herrada and Macías began to argue with one another with increasing regularity and intensity disturbing the tranquility of the home. After N.H.'s birth in 2014 Sarabia asked them to find another place to live and they moved to a rental house nearby.

3

9.    By October 2017 Herrada and Macias's relationship became so strained they separated. Macías was impatient and abusive with the Children. Herrada asked for tolerance but Macías was volatile, her temper easily triggered. The tension was constant. Their relationship was not healthy for the Children and Herrada moved back to his mother's home in December 2017.

10.    After the separation, Herrada continued to see the Children for daily visits and occasional sleep overs. From May 2018 through December 2018 Macías allowed Herrada to spend the night regularly at the family home to help care for the Children. Herrada, however, still kept his clothes and personal effects at his mother's home. At the end of 2018 Herrada resumed living full time there. The differences between him and Macías were irreconcilable.

11.    The conflict continued, mostly about money. Macías was never satisfied with Herrada's financial support. On February 11, 2019 this erupted after Macías kept Herrada from seeing the Children for several days after a fight over child support. Herrada had not seen them since the previous Thursday and went to their home early Monday to catch them before school. Macías and the Children were sitting in her car about to leave when Herrada arrived. Macías cursed him loudly. The Children cried and Herrada pulled them from the car and held them. Macías hit Herrada several times as he held them and shielded them from her blows. The Children became more upset. Herrada took them home with him and returned them the following morning.

12.    After the February 2019 incident, E.H. began staying with Herrada almost every day for the next six months. Macías would pick up E.H. in the mornings for school at his grandmother Sarabia's house. At 5:00 p.m. Herrada would pick up N.H. and E.H. from Macías' home for his daily visitation, take them home, and return both to Macías at 8:00 p.m. E.H.

would ask Macías if he could spend the night with his father, Macías would agree, and the boy would return to Herrada's home where Macías would pick up E.H. in the morning with N.H. for school.

13.     This routine stopped in September 2019 when Macías brought an action for child support against Herrada. Herrada had regularly been providing financial support, but the amount had never been fixed by court order. The Court of First Instance and of the Family, Loreto, Zacateco ("the Mexican family court") entered an order for child support and custody. The custody provisions memorialized the arrangement the family had been following since separation. The order allowed Herrada to see the Children every day from 5:00 to 8:00 p.m. In practice, however, Macías would routinely allow Herrada to have overnight stays and weekend visits with the Children.

14.     The relationship remained tumultuous. On October 14, 2019 Macías got upset when Herrada refused to polish N.H.'s orthopedic shoes as a condition of allowing E.H. to spend the night with him. N.H. is flat footed and wears thick soled orthopedic shoes. Herrada was standing at the door carrying E.H., then almost four years old, when Macías said Herrada needed to shine N.H.'s shoes before E.H. could sleep over. Herrada said it was unfair. She had already given E.H. permission to spend the night. Herrada offered to shine E.H.'s shoes and said Macías could shine N.H.'s. As he turned to walk away, Macías threw the orthopedic shoes at him landing a blow with one that raised welts on his back. The next day Herrada brought a criminal complaint against Macías for two incidents of family violence: the February 2019 incident when Macías hit him after he pulled the Children from the car; and the one the day before when she hit him with N.H.'s orthopedic shoe.

5

15.    A couple of months later Macías asked to change the custody schedule.    In January 2020 they agreed to modifications that allowed Herrada to see the Children on Monday, Wednesday, and Friday from 5 to 8:30 p.m., and on alternating weekends from Friday evening through Sunday.  The Mexican Family Court entered the modified custody order on January 14, 2020.  (Exhibit 3; a true copy of Modified Custody Order and Translation).

16.    In the meantime, the Children were telling Herrada unsettling stories about their mother's care, that Macías was hitting them and leaving them unsupervised.  On February 29, 2020 Herrada brought a second complaint of domestic violence against Macías, this time for her treatment of the Children.  Herrada reported she was being physically abusive and sometimes neglected the Children by leaving them alone or unsupervised, *e.g.*, leaving them in the care of other children.  The Children were then interviewed by a forensic psychologist.

17.    The proceedings in the first domestic violence case initiated by Herrada was held on February 28, 2020.  The criminal court judge explained the process.  Because Macías is a US citizen, the US Consulate needed to be notified of the proceedings and they were adjourned until March 4.   At the March 4 hearing, Herrada testified about the two assaults on him.  Macías declined to testify.  The judge found Macías guilty and instructed the couple to see a mediator as part of a court sponsored dispute resolution program.   If they could not resolve it amongst themselves, the court set a hearing for August 3, 2020 to assess Macías' punishment.  Herrada asked Macías to agree to counseling over her anger management issues.  Macías refused.  Because there was no resolution, Macías was required to appear five months later for her punishment.

18.    A few months later while Herrada was exercising custody of the Children during his scheduled summer vacation in July 2020, Macías asked to have them over the weekend

beginning Saturday, July 25. She said she would return them the following Monday at 10 a.m. Herrada agreed. On July 25, 2020 he said his goodbyes and gave her custody. He has not been with the Children since.

19.    Thus began Herrada's several month odyssey to find N.H. and E.H. Over the next several days he tried to contact Macías, but her cell phone was turned off or not working. He asked Macías family members, but none admitted to knowing about the Children. After a few days with no progress, Herrada and his attorney contacted the Mexican family court. However, the court had closed for its summer recess on July 17 and would not re-open until August. On August 4 the court notified Herrada that Macías had submitted a letter on July 17 claiming he had given her custody of the Children "because he will take care of some things without telling me what" and that she wanted to "state that I will go out to the neighboring country of the United States of America ... with the ... children ... ." (Exhibit 4; July 17, 2020 Notice by Marisol Macías to Mexican family court, August 3, 2020 Response to Notice by family court, and Translation). Of course, this was a lie. The family court judge rejected the letter and observed that Macías's claims were not supported by Herrada's written consent as required under Mexican law. *Id.*at 2. ("It is important to note that within the file there is no record whatsoever in relation to the Plaintiff's statement that MR. ARTURO HERRADA SARABIA has renounced the period of coexistence that corresponds to him within the vacation period that currently elapses, for his children.") (emphasis in original).

20.    In a later submission, Herrada notified the family court of Macías's fraud. Macías had not only lied about Herrada giving her custody and permission to take the Children to the US, she did so during the court's holiday schedule to delay detection of the abduction. (Exhibit 5; August 24, 2020 Statement on behalf of Herrada against Macías, August 27, 2020 court

7

warning of $1,000 MNP fine if Macías fails to comply with custody order, September 28, 2020 order imposing $1,000 MNP fine on Macías, and warning of $2,000 MNP fine if she continues to violate terms of custody order, and Translations.) The family court fined Macías $1,000 MNP and warned her of additional fines if she continued to disregard the court's order requiring joint custody of the Children. *Id.*

21.    In the meantime, Macías failed to appear for her August 3 punishment hearing. Her failure to appear prompted a judicial order compelling Macías's appearance in the criminal case. (Exhibit 6; Order to Appear for Testimony and Translation).

22.    Macías's attorney in the family court proceedings later sought to withdraw from representing her because she had not been able to contact her client. (Exhibit 7; October 19, 2020 Lic. Myrna Berenice Cruz Martínez moving to withdraw from representation of Macías). The lawyer had tried by phone, but "she does not answer" and the lawyer did not know of any other number. *Id.* at 1. The family court denied the withdrawal request.

23.    The Father began to explore and employ government resources towards the Children's recovery. He traveled to Zacatecas, Zacatecas, the state capital, seeking help from the regional office of the Mexican Ministry of Foreign Affairs. The Foreign Ministry put him in contact with HAYA, an organization that coordinates with US law enforcement to locate missing children. HAYA began to assist with the search.

24.    Around September 21, 2020 Herrada contacted the Mexican Ministry of Foreign Affairs in Mexico City, Mexico's Central Authority under the Convention, and submitted his return application for the Children. (Exhibit 8; Hague Return Application except for attachments).[3] The Mexican Central Authority forwarded the application to the United States

---

[3] The attachments pertinent to this Petition are attached hereto as Exhibits 1, 2, 3 and 9.

Department of State, Office of Children's Issues, the Central Authority for the United States under the Convention.

25.    Herrada also turned to Facebook and other social media. On December 15, 2020 he got a lead that the Children were in Ontario, California. He did not have an address but nonetheless traveled to Ontario and sought help from local law enforcement. Without the address, however, they could not help. Herrada returned to Mexico and a few weeks later on January 9, 2021 got an anonymous tip from a Macías family member that the Mother and children were staying with a cousin, Respondent José Luis Macías Reyes, in Nixon, Texas. Herrada found Macías's address through an internet search and contacted the Gonzales County Sheriff's department to assist in recovering the Children. The Sheriff's Department agreed to do a welfare check but said it could do nothing without an order from a US court. A Deputy Sheriff verified that Macías and the Children were at the cousin's home in Nixon and appeared in good health.

26.    Herrada next arranged to travel to Nixon himself to seek their return. In mid-February 2021 he took a 20-hour bus trip from Loreto, Zacatecas to Fort Worth, Texas, where his youngest daughter from his first marriage, Daniela Herrada, lives. She planned on driving him to Nixon. However, an unprecedented massive winter storm hit Texas soon after his arrival and he was forced to return to Mexico.

27.    Herrada took the 20-hour bus trip back to Fort Worth the following month with his mother, Sarabia, the Children's grandmother. Herrada, Daniela, and Sarabia traveled to the Macías Reyes home in Nixon on March 15, 2021. When they arrived in Nixon, Herrada sought help from the Nixon Police to retrieve the Children. However, the police could not help without a court order, so the family went directly to the house. Daniela spoke to a woman who answered

the door and confirmed that Macías and the Children were living there. But they were not home. Daniela got Macías's phone number from the woman and called her. She asked Macías if Herrada and Sarabia could see them. Macías said not without a court order. Daniela asked if Sarabia could see them. Macías again refused. Herrada and Sarabia returned to Fort Worth and then Loreto empty handed without seeing or speaking to the Children. Ten days later on March 25 Daniela was able to prevail on Macías to allow Herrada and Sarabia to visit with the Children on a video call. It was the first communication Herrada had with them since their disappearance seven months earlier on July 25, 2020.

28.    As in other civil law countries, Mexico recognizes the right of *patria potestad. Patria potestad* is Latin for "paternal power" and "in Roman law denoted the father's absolute right (including the right of life and death) over his wife, children, and other subordinate family members."[4] It has since evolved and "represents a more generalized concept of parental authority," which is distinct from physical custody rights on the one hand and mere visitation rights on the other.[5] The Father's relevant rights of *patria potestad* are delineated in Articles 374, 375, and 379 of the Family Code for the State of Zacatecas. (Exhibit 9; Translation of Zacatecas Family Code Articles 241, 242, 284, 286, 370-383, 385-387). Under Article 374 parental authority is exercised "jointly by parents." Article 379 further provides that "[w]hile the child is in parental authority, he cannot leave the house of those who exercise it without permission from them or a decree of the competent authority."[6] *Id.* This extends to concubine relationships, such as the one between the Mother and Father, which are regarded under Article 241 of the Zacatecas Family Code as "a marriage in fact." *Id.* Under Article 242 of the Family

---

[4]    *Altamiranda Vale v. Avila*, 538 F.3d 581, 584 (7th Cir. 2008).
[5]    *Whallon v. Lynn*, 230 F.3d 450, 456-457 (1st Cir. 2000).
[6]    *Vazquez v. Vasquez*, No. 3:13-CV-1445-B, 2013 WL 7045041 (N.D. Tex. Aug. 27, 2013)

Code, children born from such relationships have "the same rights and obligations as the children of marriage." *Id.*

29.     Such rights of *patria potestad* have been uniformly recognized by federal courts in the Western District and elsewhere as a right of custody under the Convention sufficient to invoke a right of return. *Leon v. Ruiz,* 2020 U.S. Dist. LEXIS 43758 *11 ("Pursuant to [the doctrine of *patria potestad*] both parents have joint custody rights" and such rights "qualify as 'rights of custody' under the Hague Convention") (quoting *Saldivar v. Rodela*, 879 F. Supp. 2d 610, 623 (W.D. Tex. 2012); *Gallegos v. Soto*, 2020 U.S. Dist. LEXIS 75988 *6 (W.D. Tex. 2020) (Natural parent possesses parental authority over a child and "generally [has] custody rights as well unless altered by judicial decision"); *Pinto Quintero v. Alejandra de Loera Barba*, 2019 U.S. Dist. LEXIS 52010 *9 (W.D. Tex. 2019) (Petitioner has "custody rights . . . under basic *patria potestad* authority... ."); *Pena v. Serrano*, 2017 U.S. Dist. LEXIS 209692 *20 (W.D. Tex. 2017) ("Petitioner's *patria potestad* rights are sufficient to prove a prima facie case of wrongful removal under the Convention."); *Velarde v. Gurgan*, 2017 U.S. Dist. LEXIS 169285 * 15 (W.D. Tex. 2017) (Tamaulipas Family Code consistent with laws of most Mexican states and recognizes doctrine of *patria potestad*, which gives parents joint custody rights recognized as rights of custody under the Convention.); *Gallardo v. Orozco,* No. MO-13-CV-00024-DC, 2013 WL 3803905 (W.D. Tex. July 22, 2013) (doctrine of *patria potestad* in Sonora Civil Code gave petitioner rights of custody under Convention); *Muñoz v. Ramirez*, 923 F. Supp. 2d 931, 950-51 (W.D. Tex. 2013) (doctrine of *patria potestad* under Chihuahua Civil Code satisfied rights of custody under Convention); *Rovirosa v. Paetau,* No. H-12-1414, 2012 WL 6087481 *3, *7 (S.D. Tex. Dec. 6, 2012) (doctrine of *patria potestad* under Mexican law gave natural father right of custody under Convention); *Castro v. Martinez*, 872 F. Supp. 2d 546, 555 (W.D. Tex. 2012)

(*patria potestad* under the Coahuila Civil Code satisfied right of custody under Convention); *Saldivar v. Rodela*, 879 F. Supp. 2d 610, 623-24 (W.D. Tex. 2012) (*patria potestad* under Chihuahua Civil Code gave petitioner right of custody under Convention).

30.    The Children are five and six years old.  (Exhibits 1 and 2).  The Convention applies to cases where children under the age of sixteen (16) years have been removed from their habitual residence in breach of rights of custody of a petitioner, which the petitioner had been exercising at the time of the wrongful removal of the Child.

31.    The Father has requested the return of the Children to Mexico pursuant to his Request for Return, a copy of which is attached hereto as Exhibit 8.[7]  He filed the Request for Return with the Mexican Ministry of Foreign Affairs, the Central Authority for Mexico under the Convention.  The Mexican Central Authority filed the Request for Return with the Office of Children's Issues, U.S. Department of State, which is the Central Authority of the United States under the Convention.

32.    At the time immediately before their wrongful abduction, in accordance with the parent's shared intent, the Children habitually resided in Loreto, Zacatecas, Mexico within the meaning of Article 3 of the Convention.  The Children went to school in Loreto and were completely settled and integrated in Mexico's life and culture.  Immediately before the Children's wrongful abduction, the Father was exercising his right of custody over them.  They were staying with him during his scheduled summer vacation, and he had given the Mother permission to have them over one of his weekends.   At the time of the Father's application to the Central Authority of the United States, the Father was located in the Contracting State of

---

[7]    Given the urgency of this Hague Convention Petition, no authentication of any documents or information included with the Petition is required. 42 U.S.C. § 11605 (1995).

Mexico and would have been exercising his right of custody over the Children but for their wrongful abduction by the Mother.

## IV. Wrongful Abduction of the Child by Respondent

33.     The Father has rights of custody under Mexican law. The Father's rights of *patria potestad* are delineated in Articles 374, 375, and 379, among others, of the Family Code for the State of Zacatecas.  (Ex. 9; Zacatecas Family Code).  All such rights remained in effect at the time of the Mother's wrongful abduction of the Children in Mexico to the United States.

34.     In light of the laws of Mexico and the Convention, the Children are currently being illegally held in custody, confinement and/or restraint by Respondents.  Unless this Court takes immediate action to bring Respondents and the Children before the Court, irreparable harm will occur to their well-being in that they will be denied all proper access to their Father, will continue to be subjected to the Mother's improper influence against the Father without his countervailing influence, and the Father's rights of legal custody will continue to be violated.

35.     The Father has never acquiesced or consented to the removal of the Children outside of Mexico and in the United States.

## V. Provisional Remedies[8]

36.     Petitioner requests that the Court issue a show cause order and direct that the order be served immediately on Respondents by the U.S. Marshals Service and that they appear before this Court at the time and date set in the Order.[9]  Section 5(b) (Provisional Remedies) of ICARA provides, *inter alia*, that, in a proceeding under Section 4(b) for the return of a children, "No court exercising jurisdiction . . . may . . . order a child removed from a person having

---

[8]     This Court "[i]n furtherance of the objectives of . . . the Convention . . . may take or cause to be taken measures under Federal or State law, as appropriate, to protect the well-being of the child involved or to prevent the further removal or concealment before the final disposition of the petition." 42 U.S.C. 11604 (1995)

[9]     Such an approach is consistent with the approach of other district courts faced with equivalent concerns regarding the flight of a respondent following service of a petition for return under the Convention. *See, e.g., Axford v. Axford,* 2009 WL 2030755 (E.D. Pa. 2009); *Fawcett v. McRoberts*, 168 F. Supp. 2d 595, 597 (W.D. Va. 2001)

13

physical control of the child unless the applicable requirements of State law are satisfied." 42 U.S.C. § 11604. In this case, the State law referred to in Section 5(b) is that of Texas. In Texas, the Uniform Child Custody Jurisdiction and Enforcement Act ("UCCJEA") is the source for statutory law governing, *inter alia*, the resolution of both domestic and international child custody disputes. Texas law addresses the appearance of the parties and children in such cases in Chapter 152 of the Texas Family Code, which codifies its adoption of the UCCJEA. Section 152.210(a) of the Texas Family Code authorizes this Court to order the appearance of the child and custodian or custodians together. *Id.* This Court therefore has the authority to order the immediate appearance of Respondents and the Children together.

37.    Petitioner requests, for the well-being of the Children, that he be given immediate access to N.H. and E.H., pending further hearing in this Court. In this regard, Petitioner advises the Court that he is a United States citizen and able to travel freely and stay in the jurisdiction during the pendency of this case without need of a visa. Petitioner requests that he be given immediate unsupervised telephonic access to the Children and physical access after his arrival in the United States.

38.    Pending further hearing, it is requested that this Court issue an immediate order prohibiting the removal of N.H. and E.H. from the jurisdiction of this Court, taking into safe keeping all of the Mother and the Children's travel documents, setting the terms of visitation by the Father while these proceedings are pending, and setting an expedited hearing on the Petition for Return of the Children to Petitioner.[10]

## VI. Relief Requested

---

[10]    Such a Petition may also be treated as an application for a Writ of Habeas Corpus itself. *Zajaczkowski v. Zajaczkowska*, 932 F. Supp. 128, 132 (D.Md. 1996) ("[T]he Court will treat the [Convention] petition as an application for a writ of habeas corpus . . . pursuant to 28 U.S.C.A. § 2243"); *see also In re McCullough*, 4 F. Supp. 2d 411 (1998).

39.    WHEREFORE, Petitioner respectfully requests the following relief:

(a)    an Order directing that the name of the Children be entered into the National Crime Information Center's ("N.C.I.C.") missing persons section;

(b)    an Order directing a prompt return of the Children to their habitual residence of Mexico;

(c)    an Order prohibiting the removal of the Children from the jurisdiction of this Court;

(d)    an Order providing for reasonable visitation by the Father and other family members while these proceedings are pending;

(e)    an Order commanding Respondents to appear in this Court to show cause why the Children have been kept from the Father in contravention of Mexican law;

(f)    an Order commanding Respondents to appear in this Court with the Children and to show cause why the Children have been kept from the Father in contravention of the Convention;

(g)    an Order directing Respondent to pay Petitioner's legal costs and fees; and

(h)    any such further relief as justice and its cause may require.

## VII.  Notice of Hearing

35.    Pursuant to 42 U.S.C. § 11603(c), Respondent will be given notice of any hearing in accordance with §§ 152.108 and 152.205, C.G.S.A. §46b-115g and §46b-115o of the UCCJEA.[11]

## VIII.  Attorneys' Fees and Costs Including Transportation Expenses Pursuant to Convention Article 26 and 42 U.S.C. § 11607

---

[11]    The Convention itself does not include specific notice requirements.  ICARA provides that notice be given in accordance with the applicable law governing notice in interstate child custody proceedings. 42 U.S.C. § 11603(c). In the United States, the Parental Kidnapping Prevention Act ("PKPA") and the Uniform Child Custody Jurisdiction and Enforcement Act ("UCCJEA") govern notice in interstate child custody proceedings. *Klam v. Klam*, 797 F. Supp. 202, 205 (E.D.N.Y. 1992).  The UCCJEA and Part (e) of the PKPA provide that reasonable notice and opportunity to be heard must be given to all parties before a custody determination is made.  The UCCJEA further provides that notice shall be given in a manner reasonably calculated to give actual notice.  In Texas, the relevant statute is Texas Family Code §152.108 and §152.205.  The Notice section provides, in pertinent part, that notice and an opportunity to be heard shall be given in a manner reasonably calculated to give actual notice.  *Id.*  Furthermore, in cases where flight of a respondent is at issue, courts have allowed substituted service in any manner reasonably effective to give the respondent notice of the suit. *Brooke v. Willis*, 907 F. Supp. 57, 60 (S.D. N.Y. 1995); *Ingram v. Ingram*, 463 So. 2d 932, 936 (La. App. 1985).

36.    Petitioner has incurred substantial expenses as a result of the wrongful removal of the Children by Respondent.  Petitioner will submit a copy of all expenditures as soon as practicable and will amend these costs, from time to time, according to proof and in light of further expenditure required because of this wrongful removal and retention.

37.    Petitioner respectfully requests that this Court award all legal costs and fees incurred to date as required by 42 U.S.C. § 11607, reserving jurisdiction over further expenses.

## IX. Declaration Pursuant to Uniform Child Custody Jurisdiction and Enforcement Act

38.    The information regarding the Children that must be provided under Section 152.209 of the Texas Family Code are as follows:

- The present forced location of the Children is 206 North Artesia Avenue, Nixon, Texas 78140.

- Before their wrongful abduction, the Children had resided with Respondent in Loreto, Zacatecas, Mexico pursuant to the terms of a shared custody agreement with the Mother. During all such times Petitioner exercised his rights of custody over the Children.

- Other than the custody agreement entered by the Family Court of Loreto, Petitioner does not have information of any custody proceeding concerning the Children pending in any other court of this or any other state.

- Petitioner does not know of any person or institution not a party to the proceedings who has physical custody of the Children or claims to have rights of parental responsibilities or legal custody or physical custody of, or visitation or parenting time with, the Children.

Respectfully submitted,

Celso M. Gonzalez-Falla
Texas State Bar No. 08135500
**DAVIS, CEDILLO & MENDOZA, INC.**
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Tel: (210) 822-6666 Fax: (210) 660-3795
Email: cgonzalez-falla@lawdcm.com

**ATTORNEY FOR ARTURO HERRADA SARABIA**

16

## **VERIFICATION**

I, Arturo Herrada, solemnly declare and affirm under the penalties of perjury and the laws of the United States of America, that the contents of the foregoing Petition are true to the best of my knowledge, information and belief.

04-26-2021
_____
Date

Arturo Herrada

17

# EXHIBIT 1



**FOLIO**
**A01 0494207**

**Identificador Electrónico**
32024000120170015341

**Clave Única de Registro de Población**
**HEMN140701MASRCTA2**

**Número de Certificado de Nacimiento**
**015164830**

**Entidad de Registro**
**ZACATECAS**

**Municipio de Registro**
**LORETO**

# Estados Unidos Mexicanos

## Acta de Nacimiento

| Oficialía | Fecha de Registro | Libro | Número de Acta |
|---|---|---|---|
| 0001 | 16/12/2014 | 7 | 1210 |

### Datos de la Persona Registrada

| Nombre(s): | Primer Apellido: | Segundo Apellido: |
|---|---|---|
| | | AGUASCALIENTES |
| MUJER | 14/07/2014 | AGUASCALIENTES |
| Sexo: | Fecha de Nacimiento: | Lugar de Nacimiento: |

### Datos de Filiación de la Persona Registrada

| Nombre(s): | Primer Apellido: | Segundo Apellido: | Nacionalidad: | CURP: |
|---|---|---|---|---|
| ARTURO | HERRADA | SARABIA | ESTADOUNIDENSE | --- |
| MARISOL | MACIAS | MARTINEZ | MEXICANA | --- |

**Anotaciones Marginales:**
Sin anotaciones marginales.

**Certificación:**
Se extiende la presente copia certificada, con fundamento en el artículo 22 del Código Familiar del Estado de Zacatecas.

La Firma Electrónica Avanzada con la que cuenta es vigente a la fecha de expedición; tiene validez jurídica y probatoria de acuerdo a las disposiciones legales en la materia.

A LOS 31 DÍAS DEL MES DE OCTUBRE DE 2017 . DOY FE.

**Firma Electrónica:**
SE VN Tj E0 MD cx NE 1B U1 JD VE Ey fE 5B VE FM SU F8 SE VS Uk FE
QX xN QU NJ QV N8 MT My MD I0 MD Aw MT Iw MT Qw MT Ix MD B8 Rn wx
NC 8w Ny 8y MD E0 fF pB Q0 FU RU NB U3 xB UI RV Uk 8g SE VS Uk FE



**Código de Verificación**
1320240001201401210

**Código QR**



Director General de Registro Civil
**LIC. MARCOS ALEJANDRO GONZÁLEZ JUÁREZ**

El contenido del acta puede ser verificado en la siguiente liga: http://201.175.34.123:8002/eVAR/ConsultaFolio.jsp capturando el Identificador Electrónico que se encuentra en la parte superior derecha del acta, para su consulta en dispositivos móviles, descarga una aplicación para lectura del código QR





Departamento de Traducciones



FOLIO
A01 0494207

UNITED MEXICAN STATES

BIRTH CERTIFICATE

Electronic Identifier
32024000120170015341
Population Code
HEMN140714MASRCTA2
Birth Certification Number
015164830
Registry State
ZACATECAS
Registry Municipality
LORETO

| Office | Registry Date | Book | Certificate No. |
|--------|---------------|------|-----------------|
| 0001 | 16/12/2014 | 7 | 1210 |

Information of the Registered Person

| Name(s) | First Last Name | | Second Last Name |
|---------|-----------------|---|------------------|
| FEMALE | 14/07/2014 | | AGUASCALIENTES |
| Sex | Date of Birth (Day/Month/Year) | | AGUASCALIENTES |
| | | | Place of Birth |

Information of the Parents of Registered Person

| ARTURO | HERRADA | SARABIA | AMERICAN | -------- |
|--------|---------|---------|----------|----------|
| Name(s) | First Last Name | Second Last Name | Nationality | Population code |
| MARISOL | MACIAS | MARTINEZ | MEXICAN | ------- |
| Name(s) | First Last Name | Second Last Name | Nationality | Population code |

Marginal Notes:
NO MARGINAL NOTES

Certification:

This certified copy is issued based on articles 22 and 23 of the Family Code of the State of Zacatecas in relation to articles 12 section VI, 98, 99, 100 and 101 of the Internal Regulations of the Civil Registry of the State of Zacatecas. The electronic signature which it has is valid on the date of issued, It has legal and evidential validity according to the legal dispositions in the matter

ON THE 31ST DAY OF THE MONTH OF OCTOBER, 2017. I ATTEST.

Advanced Electronic Signature

Verification Code
13202400012014012100

QR Code

SIGNATURE
General Director of Civil Registry
LIC. MARCOS ALEJANDRO GONZALEZ JUAREZ

The content of this certificate can be verified in the following link: http://201.175.34.123:8002/eVAR/ConsultaFolio.jsp by putting the verification code so it can be consulted by mobile gadgets, download a QR code reader app

Unidad Académica
de Cultura
Departamento de
Traducciones.

Universidad Autónoma de Zacatecas "Francisco García Salinas"
López Velarde # 707-D, Centro Histórico, Zacatecas, Zac., C.P. 98000
Tels: 492-925-6690 Ext: 3600 y 492-922-9012 e-mail: traduccion_cultura@uaz.edu.mx



Departamento de Traducciones

I, Francisco Javier Alvarez Montoya, CERTIFY that the English – Spanish translation of the texts faithfully match the original document which is attached according to my knowledge. Likewise, I CERTIFY that I am competent to translate this document, and that the English translation of the text faithfully matches the original document and is true and accurate to the best of my knowledge and abilities.

Note: Birth Certificates, State of Zacatecas, Mexico-

The translations made in the Department of Translation of the Academic School of Culture from the Autonomous University of Zacatecas (Universidad Autónoma de Zacatecas), are only valid if they are printed on paper from the University and bearing the seal of the institution and the signature of the person who translated the document.

Sincerely,

Unidad Académica
de Cultura
Departamento de
Traducciones.

FRANCISCO JAVIER ALVAREZ MONTOYA
Head of the Translation Department
Translator of the Academic School of Culture
Autonomous University of Zacatecas (Universidad Autónoma de Zacatecas)
Zacatecas, Zac; 22nd of September, 2020

*Universidad Autónoma de Zacatecas "Francisco García Salinas"*
*López Velarde # 707-D, Centro Histórico, Zacatecas, Zac., C.P. 98000*
*Tels: 492-925-6690 Ext: 3600 y 492-922-9012 e-mail: traduccion_cultura@uaz.edu.mx*

# EXHIBIT 2



FOLIO
A01 0494208

**Identificador Electrónico**
32024000120170015342

Clave Única de Registro de Población
**HEME151127HASRCMA5**

Número de Certificado de Nacimiento
017675615

Entidad de Registro
**ZACATECAS**

Municipio de Registro
LORETO

## Estados Unidos Mexicanos

## Acta de Nacimiento

| Oficialía | Fecha de Registro | Libro | Número de Acta |
|---|---|---|---|
| 0001 | 10/12/2015 | 7 | 1257 |

Datos de la Persona Registrada

| Nombre(s): | Primer Apellido: | Segundo Apellido: |
|---|---|---|
| | | AGUASCALIENTES |
| HOMBRE | 27/11/2015 | AGUASCALIENTES |
| Sexo: | Fecha de Nacimiento: | Lugar de Nacimiento: |

Datos de Filiación de la Persona Registrada

| Nombre(s): | Primer Apellido: | Segundo Apellido: | Nacionalidad: | CURP: |
|---|---|---|---|---|
| ARTURO | HERRADA | SARABIA | ESTADOUNIDENSE | --- |
| MARISOL | MACIAS | MARTINEZ | MEXICANA | --- |

**Anotaciones Marginales:**
Sin anotaciones marginales

**Certificación:**
Se extiende la presente copia certificada, con fundamento en el artículo 22 del Código Familiar del Estado de Zacatecas.

La Firma Electrónica Avanzada con la que cuenta es vigente a la fecha de expedición; tiene validez jurídica y probatoria de acuerdo a las disposiciones legales en la materia.

A LOS 31 DÍAS DEL MES DE OCTUBRE DE 2017 . DOY FE.

### Firma Electrónica:

SE VN RT E1 MT Ey N0 hB U1 JO TU E1 fE VN SU xJ QU 5P fE hF UI JB RE
F6 TU FD SU FT fD 5z Mj Ay ND Aw MD Ey MD E1 MD Ey NT cw fE 18 Mj cv
MT Ev Mj Ax NX xa QU N8 VE VD QV N8 QV JU VV JP IE hF UI JB RE Eg

Código QR



Código de Verificación
13202400012015012570

Director General de Registro Civil
LIC. MARCOS ALEJANDRO GONZÁLEZ JUÁREZ

El contenido del acta puede ser verificado en la siguiente liga: http://201.175.34.123:8002/eVAR/ConsultaFolio.jsp capturando el Identificador Electrónico que se encuentra en la parte superior derecha del acta, para su consulta en dispositivos móviles, descarga una aplicación para lectura del código QR



Consorcio de
Universidades
Mexicanas

Departamento de Traducciones






FOLIO
A01 0494208

UNITED MEXICAN STATES

BIRTH CERTIFICATE

Electronic Identifier
3202400012017015342
Population Code
HEME151127HASRCMA5
Birth Certification Number
017675615
Registry State
ZACATECAS
Registry Municipality
LORETO

| Office | Registry Date | Book | Certificate No. |
|--------|---------------|------|-----------------|
| 0001 | 10/12/2015 | 7 | 1257 |

Information of the Registered Person

| Name(s) | First Last Name | Second Last Name |
|---------|-----------------|------------------|
| | | AGUASCALIENTES |
| MALE | 27/11/2015 | AGUASCALIENTES |
| Sex | Date of Birth (Day/Month/Year) | Place of Birth |

Information of the Parents of Registered Person

| Name(s) | First Last Name | Second Last Name | Nationality | Population code |
|---------|-----------------|------------------|-------------|-----------------|
| ARTURO | HERRADA | SARABIA | AMERICAN | ......... |
| MARISOL | MACIAS | MARTINEZ | MEXICAN | ....... |

| Marginal Notes: | Certification: |
|-----------------|----------------|
| NO MARGINAL NOTES | This certified copy is issued based on articles 22 and 23 of the Family Code of the State of Zacatecas in relation to articles 12 section VI, 98, 99, 100 and 101 of the Internal Regulations of the Civil Registry of the State of Zacatecas. The electronic signature which it has is valid on the date of issued; it has legal and evidential validity according to the legal dispositions in the matter. ON THE 31ST DAY OF THE MONTH OF OCTOBER, 2017. I ATTEST. |

Advanced Electronic Signature

Verification Code
1320240001201501257O

QR Code

SIGNATURE
General Director of Civil Registry
LIC. MARCOS ALEJANDRO GONZALEZ
JUAREZ

The content of this certificate can be verified in the following link: http://201.175.34.123:8002/eVAR/ConsultaFolio.jsp by putting the verification code so it can be consulted by mobile gadgets, download a QR code reader app.

Unidad Académica
de Cultura
Departamento de
Traducciones.

Universidad Autónoma de Zacatecas "Francisco García Salinas"
López Velarde # 707-D, Centro Histórico, Zacatecas, Zac., C.P. 98000
Tels: 492-925-6690 Ext. 3600 y 492-922-9012 e-mail: traduccion_cultura@uaz.edu.mx



I, Francisco Javier Alvarez Montoya, CERTIFY that the English – Spanish translation of the texts faithfully match the original document which is attached according to my knowledge. Likewise, I CERTIFY that I am competent to translate this document, and that the English translation of the text faithfully matches the original document and is true and accurate to the best of my knowledge and abilities.

Note: Birth Certificates, State of Zacatecas, Mexico-

The translations made in the Department of Translation of the Academic School of Culture from the Autonomous University of Zacatecas (Universidad Autónoma de Zacatecas), are only valid if they are printed on paper from the University and bearing the seal of the institution and the signature of the person who translated the document.

Sincerely,

Unidad Académica
de Cultura
Departamento de
Traducciones.

FRANCISCO JAVIER ALVAREZ MONTOYA
Head of the Translation Department
Translator of the Academic School of Culture
Autonomous University of Zacatecas (Universidad Autónoma de Zacatecas)
Zacatecas, Zac; 22nd of September, 2020

*Universidad Autónoma de Zacatecas "Francisco García Salinas"*
*López Velarde # 707-D, Centro Histórico, Zacatecas, Zac., C.P. 98000*
*Tels: 492-925-6690 Ext: 3600 y 492-922-9012  e-mail: traduccion_cultura@uaz.edu.mx*

# EXHIBIT 3

C. JUEZ DE PRIMERA INSTANCIA Y DE LO FAMILIAR
PRESENTE.

[sello: DE PRIMERA INSTANCIA DE LO FAMILIAR  14 ENE. 2020  11:00  LORETO, ZAC.]   EXP 373/19

Marisol Macias Martines, Arturo Heredia Sarabia,
se nos tenga por presentando convenio de
convibencia con respecto a modificacion de horario
ala sentencia interlocutoria estando de Acuerdo
ambas partes. siendo las siguentes los dias
lunes, miercoles y viernes, con fines de semana
alternados tal cual semanejo en la sentencia
interlocutoria unicamento modificaremos
los horarios siendo la hora de entrega a las
las 5:00 p.m. y entregando los a las 8:30 p.m.
de igual manera manifestamos ambas partes
y el horario de entrega de los menores los
fines de semana que se llevara acabo sera
la siguiente los viernes los recogera el
Viernes de 5:00 p.m. entregandolos los dias
domingos a las 8:30 p.m. el lugar de entrega
de los menores sera en cualquier lugar
de Loreto Zac. previo aviso entre las partes, siendo
el lugar de preferencia para la entrega el Domicilio de alguna de las
partes lo expuesto.

A USTED C. JUEZ. Atentament solicito

UNICO: se sirva p. ono ver de conformidad lo
Solicitado e en acuerdo del presente escrito

[firma]                          Marisol Macias M.

Arturo Heredia Sarabia          Marisol Macias Martinez

**RATIFICACIÓN DE ESCRITO QUE REALIZAN LOS CIUDADANOS MARISOL MACIAS MARTINEZ y ARTURO HERRADA SARABIA**

En la Sala de Audiencias que ocupa el Juzgado de Primera Instancia y de lo Familiar de Distrito Judicial de Loreto, Zacatecas, siendo las once horas con cincuenta y cinco minutos del día catorce de enero de dos mil veinte, fecha y horario en que comparecen los **Ciudadanos MARISOL MACIAS MARTINEZ y ARTURO HERRADA SARABIA**, dentro del expediente marcado con el número **373/2019**, relativo al **JUICIO DIVORCIO NECESARIO**, el suscrito juez **LICENCIADO EDUARDO REMIGIO MORENO PUENTE**, titular de este H. Juzgado, asistido legalmente por su Secretario de Acuerdos Licenciado **JORGE EDUARDO ESPINO RODARTE**, quien declara formalmente abierta la diligencia, haciendo constar que se encuentra presentes los ciudadanos **MARISOL MACIAS MARTINEZ y ARTURO HERRADA SARABIA**, quienes se identifican con credencial de elector con fotografía la cual se encuentra marcada con la clave de elector **MCMRMR80022432M500** y **HRSRAR76070387H201**, de las cuales concuerdan los rasgos físicos de las personas que se tienen a la vista, la cual se les regresa por ser de uso personal, no sin antes dejar copia de las mismas en autos, para que surtan sus efectos legales correspondientes   manifestando la compareciente **MARISOL MACIAS MARTINEZ**, ser de nacionalidad mexicana, de estado civil casada, de treinta y nueve años de edad, Originaria de Loreto, Zacatecas, con domicilio actual en Calle Víctor Rosales número 929, Colonia Valle Real, Loreto, Zacatecas, quien manifiesta que si sabe leer y escribir, enseguida el ciudadano **ARTURO HERRADA SARABIA**, ser de nacionalidad mexicano, de estado civil casado, de cuarenta y tres años de edad, originario de Rochlle, Estados Unidos de América, con domicilio actual en Calle Enrique estrada número 401 Sur, Colonia Centro Loreto, Zacatecas, quien manifiesta que si saben leer y escribir; quienes ratifican en todas y cada una de sus partes el contenido del escrito de convenio el cual ratificamos en todas y

cada una de sus cláusulas presentado por los de la voz a las **once horas con cero minutos del día catorce de enero del año dos mil veinte**, asi mismo solicitan el uso de la voz ambas partes manifestando que dicha convivencia quede como definitiva y reconocemos como nuestras las firmas estampadas que lo calzan, sabedores de las consecuencias legales, una vez leído el escrito que presentan los comparecientes ratifican entender y estar de acuerdo con el mismo. Se procede en consecuencia a tener por hecho la ratificación de escrito de convenio y pasen los autos al Secretario de Acuerdos para resolver lo conducente.

Con lo anterior y no teniendo otro objeto la presente diligencia se da por terminada la misma siendo las doce horas con quince minutos del día en que se actúa, firmando en la misma los intervinientes que quisieron y supieron hacerlo constancia legal,- Doy fe.

**LICENCIADO EDUARDO REMIGIO MORENO PUENTE,**
**JUEZ DE PRIMERA ISNTANCIA**
**Y DE LO FAMILIAR.**

**LICENCIADO JORGE EDUARDO ESPINO RODARTE,**
**SECRETARIA DE ACUERDOS.**

**COMPARECIENTE.**

**MARISOL MACÍAS MARTÍNEZ.**

**ARTURO HERRADA SARABIA.**

EL SECRETARIO DE ACUERDOS DEL JUZGADO DE PRIMERA INSTANCIA Y DE LO FAMILIAR DEL DISTRITO JUDICIAL DE LORETO, ZACATECAS;

## C E R T I F I C A:

QUE LA PRESENTES COPIAS FOTOSTATICAS LAS CUALES CONSTAN DE DOS (02) FOJAS UTILES, LAS CUALES FUERON FIEL Y LEGALMENTE SACADAS DE SU ORIGINAL CON EL QUE FUERON COTEJADAS Y CORRESPONDEN EN TODAS Y CADA UNA DE SUS PARTES, MISMAS QUE OBRAN DENTRO DEL JUICIO ORAKL DE ALIMENTOS DEFINITIVOS PROMOVIDO POR MARISOL MACÍAS MARTINEZ EN CONTRA DE ARTURO HERRADA SARABIAS, EXPEDIENTE QUE SE ENCUENTRA MARCADO CON EL NÚMERO 373/2019.

LORETO, ZACATECAS, A LOS QUINCE DÍAS DEL MES DE SEPTIEMBRE DE DOS MIL VEINTE.

LIC. JORGE EDUARDO ESPINO RODARTE
SECRETARIO DE ACUERDOS.

LORETO, ZAC



# Sergio Magallanes Ríos

Perito Traductor en la Especialidad de Inglés-Español Adscrito a la Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas

DECLARATION:

The signed Sergio Magallanes Rios acting with the
legal capacity of Expert Translator of the Superior
Court of Justice of the State of Zacatecas, under
protest to tell the truth that the translation is accuracy of
the original document being this

"RATIFING OF AGREEMENT OF COEXISTENCE
PLAN".

MADE ON DAY 18TH OF SEPTEMBER OF 2020; AT
LORETO, ZACATECAS, MEXICO.

Expert Translator

Con domicilio en Calle V. Guerrero No. 50 Col. Centro Zacatecas, Zac.
Cel. 492 909 10 84  e-mail: sergiotraductoroficial@gmail.com        Folio: 2007/20



# Sergio Magallanes Ríos

Perito Traductor en la Especialidad de Inglés-Español Adscrito a la Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas

THE SECRETARY OF AGREEMENTS OF THIS INSTANCE FIRST COURT AND OF THE FAMILY OF THE JUDICIAL DISTRICT
OF LORETO, ZACATECAS;

CERTIFIED

THAT THE CERTIFY COPIES WHICH ARE TWO (02) USEFULL PAGES, WHICH ARE COMPLET, CORRECT, AND ACCURACY
OF THE ORIGINAL IN ALL AND EACH ONE OF HIS PARTS, THAT APPEAR ON THE DEFINITIVE CHILD SUPPORT TRIAL
POMOTED BY MARISOL MACIAS MARTINEZ AGAINST OF ARTURO HERRADA SARABIAS, FILE WITH THE NUMBER
373/2019.

LORETO, ZACATECAS, ON FIFTEEN DAY OF THE MONTH OF SEPTEMBER OF TWO THOUSAND TWENTY.

ATTORNEY JORGE EDUARDO ESPONO RODARTE
SECRETARY OF AGREEMENTS

Con domicilio en Calle V. Guerrero No. 50 Col. Centro Zacatecas, Zac.
Cel. 492 909 10 84  e-mail: sergiotraductoroficial@gmail.com       Folio: 2 0 0 6 /20



# Sergio Magallanes Ríos

Perito Traductor en la Especialidad de Inglés-Español Adscrito a la Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas

each clauses submitted by the parties at eleven hours o'clock on fourteen day of January of two thousand twenty, likewise their manifest that coexistence plan mentioned to be definitive and we have knowledge of all mentioned and our signatures on this agreement, and we knowingly of legal consequences and one time read the writing submitted by the appearances they ratified and to be agree with the agreement.

Next and in consequence made the ratifying foregoing of the agreement and pass the file with the Agreement Secretary to settle.

In consideration of the mentioned and there is not others issues in this diligence is declared finished being twelve hours with fifteen minutes on day today, signing the involved parties by legal constancy. I attest.

ATTORNEY EDUARDO REMIGIO MORENO PUENTE
JUDGE OF THE FIRST INSTANCE AND OF THE FAMILY

ATTORNEY JORGE EDUARDO ESPINO RODARTE
SECRETARY OF AGREEMENTS

APPEARANCES:

MARISOL MACIAS MARTINEZ

ARTURO HERRADA SARABIA

Con domicilio en Calle V. Guerrero No. 50 Col. Centro Zacatecas, Zac.
Cel. 492 909 10 84  e-mail: sergiotraductoroficial@gmail.com          Folio: 2005/20



# Sergio Magallanes Ríos

Perito Traductor en la Especialidad de Inglés-Español Adscrito a la Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas

RATIFING OF THE WRITING THAT MAKE THE CITIZENS MARISOL MACIAS MARTINEZ Y ARTURO HERRADA SARABIA.

At the Audience Room of this Instance First Court of the Family of this Judicial District of Loreto, Zacatecas, being the eleven hours with fifty five minutes on fourteen day of January of two thousand twenty, date and hour appeared the CITIZENS MARISOL MACIAS MARTINEZ AND ARTURO HERRADA SARABIA, on the file number 373/2019, relative of NECESSARY DIVORCE TRIAL, the undersigned JUDGE ATTORNEY EDUARDO REMIGIO MORENO PUENTE, principal of this Court, to legally attend by the Agreements Secretary ATTORNEY JORGE EDUARDO ESPINO RODARTE, whom declared open formally this diligence to be noted that appeared THE CITIZENS MARISOL MACIAS MARTINEZ AND ARTURO HERRADA SARABIA, who are identified with the Voters Credential with photography which have the voters key MCMRMR80022432M500 and HRSRAR76070387H201, these credentials are coincidences with the physical parts of the persons mentioned and get back their credentials and previously they leave a copy on the file, to its legal effects, and MARISOL MACIAS MARTINEZ manifest is of Mexican nationality, married civil status, and thirty nine years of age, originally of Loreto, Zacatecas, and she know to read and write net the CITIZEN ARTURO HERRADA SARABIA manifest Mexican nationality, married civil status, forty three years of age, originally of Rochlle, United States of America, with address in #401 South Enrique Estrada Street, Center Colony, Loreto, Zacatecas, whom manifest that he know to read and write; and they ratified and all and each part of the content of Agreement in which ratified and all and

Con domicilio en Calle V. Guerrero No. 50 Col. Centro Zacatecas, Zac.
Cel. 492 909 10 84 e-mail: sergiotraductoroficial@gmail.com        Folio: 2004/20



# Sergio Magallanes Ríos

Perito Traductor en la Especialidad de Inglés-Español Adscrito a la Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas

JUDGE OF THE FIRST INSTANCE AND OF THE FAMILY
PRESENT

FILE 373/19

SEAL THAT SAY:        INSTANCE FIRST COURT
                      AND OF THE FAMILY
                      FILED
                      JAN 14, 2020
                      11:00
                      LORETO, ZAC.

Marisol Macias Martinez, Arturo Herrada Sarabia, submitting a Coexistence Plan that modify the Interlocutory Judgment in based that we are agree as following:

The Monday, Thursday and Friday days with alternated weekends in accordance with the interlocutory judgment only we modified the schedule hours being the hour of received to the 5:00 p. m. and the 8:30 p. m. and the same way we manifest that in the schedule hours in the weekends to receive the child shall be as follow on Friday shall be received at 5:00 p. m. and delivered on Sunday at 8:30 p. m. and the receiving place shall be in any place of Loreto, Zacatecas, previous notice between the parties being the preference place in the address of anyone of the parties.

FOREGOING BEFORE YOU JUDGE, ATTENTIVELY SOLICITED:

Unique.- To promote in our consent the solicited in accordance with writing.

ARTURO HERRADA SARABIA

                          MARISOL MACIAS MARTINEZ

Con domicilio en Calle V. Guerrero No. 50 Col. Centro Zacatecas, Zac.
Cel. 492 909 10 84  e-mail: sergiotraductoroficial@gmail.com        Folio: 2003 /20

# EXHIBIT 4

C. JUEZ DE PRIMERA INSTANCIA Y DE LO FAMILIAR

PRESENTE.

17 JUL. 2020

LORETO, ZAC.

EXP NUM 373/2019

ALIMENTOS GUARDA Y CUSTODIA.

**MARISOL MACIAS MARTINEZ**, Promoviendo con el carácter que tengo debidamente reconocido y acreditado en los autos del expediente al rubro indicado, ante usted, con todo respeto comparezco y expongo:

Que se me tenga por informando a este H. Juzgado que el Señor Arturo Herrada Sarabia me ha mencionado que en las semanas vacacionales que le tocan los niños me los dejara por que el se ocupara en unas cosas sin decírme en que, vengo a manifestar que saldré al vecino país de Estados Unidos de América lo cual realizaré el viaje en compañía de los niños, informó con anterioridad para que el demandado en este juicio no use esto en mi contra ya que es el quien está renunciando a las vacaciones que le toca convivir con sus hijos sin darle importancia a los ordenamientos judiciales.

Por lo expuesto;

À USTED C. JUEZ, atentamente pido:

- ÚNICO.- Se sirva proveer de conformidad lo solicitado en el cuerpo del presente escrito por ser procedente un derecho.

PROTESTO LO NECESARIO.
Loreto Zacatecas, a su fecha de presentación.

Marisol Macias Martinez
**MARISOL MACIAS MARTINEZ.**

Loreto, Zacatecas, a Tres de Agosto del año Dos Mil Veinte.

V I S T O, el escrito que suscribe MARISOL MACÍAS MARTÍNEZ, en cuanto a las manifestaciones que formula, una vez que precise los días y el lugar al cual pretende llevar a sus hijos dentro de los Estados Unidos de América, se acordará lo conducente.

Siendo importante señalar que dentro de autos no existe constancia alguna en relación a la manifestación de la ocursante de que el señor ARTURO HERRADA SARABIA, haya renunciado al periodo de convivencia que le corresponde dentro del periodo vacacional que actualmente transcurre, para con sus hijos.

Fundamento Legal: Artículos 148, 553 del Código de Procedimientos Civiles en vigor.

NOTIFÍQUESE Y CÚMPLASE.

Así lo acordó y firma el Licenciado FRANCISCO ALEJANDRO LOERA LÓPEZ, Juez de Primera Instancia y de lo Familiar de este Distrito Judicial, asistido por el Licenciado JORGE EDUARDO ESPINO RODARTE, Secretario de Acuerdos que autoriza y da fe.- DOY FE.-

CONSTANCIA DE NOTIFICACIÓN POR LISTA.- Esta resolución se notificó por lista que se publicó el día 04 - Agosto - 2020 de conformidad con lo dispuesto en el artículo 175, párrafo primero, del Código de Procedimientos Civiles vigente en el Estado. DOY FE.



*Mtro. Sergio Magallanes Ríos*

Perito Traductor en la Especialidad de Inglés - Español Adscrito a la Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas



Poder Judicial del
Estado de Zacatecas

Seal that says:    COURT OF FIRST INSTANCE AND OF THE FAMILY.
RECEIVED ON JULY 17, 2020, AT 14:57,
IN LORETO, ZACATECAS.

FILE NUMBER 373/2019.

MAINTENANCE, GUARD AND CUSTODY.

C. JUDGE OF FIRST INSTANCE AND OF THE FAMILY
PRESENT.

MARISOL MACIAS MARTINEZ, promoting with the character that I have duly recognized and accredited in the file to the
indicated item, before you, with all due respect I appear and expose:

That I am kept by informing this Honorable Court that Mister Arturo Herrada Sarabia has mentioned to me that in the weeks
of vacations that the children play, he will leave them to me because he will take care of some things without telling me what,
I come to state that I will go out to the neighboring country of the United States of America which I will make the trip in the
company of the children, informed previously so that the defendant in this trial does not use this against me since it is he who
is giving up the vacations that he has to live with their children without giving importance to judicial regulations.

For the exposed:

To you C. Judge, I sincerely requested:

UNIQUE.- Please provide in accordance with what is requested in this document as it is appropriate in law.

PROTEST THE NECESSARY.
Loreto, Zacatecas, as of its presentation date.

MARISOL MACIAS MARTINEZ.

Con domicilio en Calle V. Guerrero No. 50 Col. Centro, Zacatecas, Zac.
Cel: 492 909 10 84 e-mail: sergioperitotraductor@hotmail.com

PERITO
OFICIAL
CENTRAL DE PERITOS

Folio: 5868/16



*Mtro. Sergio Magallanes Ríos*

Perito Traductor en la Especialidad de Inglés - Español Adscrito a la Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas



Poder Judicial del
Estado de Zacatecas

Loreto, Zacatecas, on the third of August of the year two thousand and twenty.

HAVING SEEN the written and signed by MARISOL MACIAS MARTINEZ, regarding the statements made, once you specify the days and the place which you intend to take your children within the United States of America, the appropriate will be agreed.

It is important to note that within the file there is no record whatsoever in relation to the plaintiff's statement that Mister ARTURO HERRADA SARABIA, has renounced the period of coexistence that corresponds to him within the vacation period that currently elapses, for his children.

Legal basis: Article 148, 553 of the Code of Civil Procedures in force.

NOTIFY AND COMPLY.

This was agreed and signed by ATTORNEY FRANCISCO ALEJANDRO LOERA LOPEZ, Judge of First Instance and of the Family of this Judicial District, assisted by ATTORNEY JORGE EDUARDO ESPINO RODARTE, Secretary of Agreements who authorizes and gives faith. ATTEST.

PROOF OF NOTIFICATION BY LIST.- This resolution was notified by list that was published on August 04, 2020 in accordance with the provisions of Article 175, First Paragraph, of the Code of Civil Procedures in force in the State. ATTEST.

DECLARATION: The signed Sergio Magallanes Rios acting with the legal capacity of Expert Translator of the Superior Court of Justice of the State of Zacatecas, under protest to tell the truth that the translation is accuracy of the original document being this "TRIAL PROCESS". MADE ON DAY 19TH OF APRIL OF 2021; AT LORETO, ZACATECAS, MEXICO.

Expert Translator



CENTRAL DE PERITOS

Con domicilio en Calle V. Guerrero No. 50 Col. Centro, Zacatecas, Zac.
Cel: 492 909 10 84 e-mail: sergioperitotraductor@hotmail.com

Folio: 5 8 6 7 / 1 6

# EXHIBIT 5



DESPACHO
JURÍDICO

C. ERNESTO ORENDAY VELASCO
CED. PROF. 7179753

JUZGADO DE PRIMERA INSTANCIA
Y DE LO FAMILIAR
2 4 AGO. 2020
LORETO, ZAC.

EXPEDIENTE: 373/2019
JUICIO ORAL DE ALIMENTOS

C. JUEZ DE PRIMERA INSTANCIA
Y DE LO FAMLIAR DE LORETO

P R E S E N T E :

LICENCIADO ERNESTO ORENDAY VELASCO, con la personalidad reconocida en autos del presente juicio con número de expediente citado al rubro, con debido respeto comparezco ante Usted su Señoría para exponer:

Q U E por medio del presente escrito y por así instruirme la parte que represento, realizo la siguientes manifestaciones respecto a la promoción presentada por la señora MARISOL MACIAS MARTINEZ a las **14:57 horas** del día diecisiete (17) de julio de dos mil veinte (2020). Decirle a su Señoría que el contenido de la promoción hecha por la actora es mentira, pues mi representado nunca le dijo a la señora MARISOL MACIAS MARTINEZ por ningún medio, ya sea verbal o escrito, incluso con el usos de algún dispositivo móvil que le dejaría a sus menores hijos NATALIA y EMILIANO de apellidos HERRADA MACIAS durante el periodo vacacional que se supone mi patrocinado los tendría bajo su cuidado, ello, porque el señor ARTURO HERRADA SARABIA tenía otras cosas que hacer, lo cual es absurdo, pues es el caso que mi representado ha pugnado todo el tiempo para que no se vea interrumpida los términos de la convivencia que previamente su Señoría había establecido. En ese contexto, nótese el dolo con el que la señora MARISOL MACIAS MARTINEZ está actuando y pretendiendo mentir a éste Juzgado, pues astutamente y al tener pleno conocimiento de que comenzaba el periodo vacacional, lo que significaba que se dilataría cualquier actuación dentro del presente procedimiento, y que sin lugar es una muestra de la irresponsabilidad con la que opera la contraparte. La señora MARISOL MACIAS MARTINEZ no conforme con mentir a éste Juzgado, se ha llevado consigo a sus menores hijos a los Estados Unidos, sin que mi representado tuviera conocimiento o en su caso otorgara el consentimiento. Son dos conductas la de la señora MARISOL MACIAS MARTINEZ las cuales son violatorias de derechos y evidentemente contraviene un acuerdo dictado por ésta autoridad jurisdiccional y que pido a su Señoría respetuosamente se haga cargo en cuanto a las consecuencias legales para la parte actora, pues no debe permitirle actuar bajo su libre albedrío a la señora MARISOL MACIAS MARTINEZ, y que la prenombrada aplica su propio criterio, pues en muchas ocasiones no ha respetado las disposiciones que van acordándose dentro del presente procedimiento. Ha sido un acto unilateral y doloso el de la parte actora, el cual insisto deberá tener consecuencias. Debo señalar que a la fecha el padre de los menores desconoce el paradero de sus hijos y que insisto, éste órgano deberá hacerle efectivo las medidas de apremio que procedan conforme a derecho, toda vez que existen diversos antecedentes de la conducta que hoy reclamo por parte de la señora MARISO MACIAS MARTINEZ, como lo es el de mentir y de presentar manifestaciones que atentan contra los derechos de los menores, ya que, se advierte que se llevó consigo a sus menores hijos a los Estados unidos, -sin que se sepa a qué lugar y los días que se supone estaría fuera del país- y que debía tener consentimiento del

padre de los niños, así como el visto bueno del órgano jurisdiccional. Decirle que la actora se aprovechó de la buena voluntad del señor ARTURO HERRADA SARABIA, y de manera abrupta irrumpió la convivencia que tenía decretada en autos al ser periodo vacacional y valiéndose de engaños convenció a mi patrocinado para que accediera a permitirle a sus hijos un fin de semana bajo el supuesto de que festejaría el cumpleaños de uno de sus hijos, sin embargo solo fue una argucia para irse de manera sigilosa a los Estados Unidos, por lo tanto su Señoría le pido atentamente que se proceda conforme a derecho, además que se le deberá reponer a mi patrocinado los días que se le privó de la convivencia con sus menores hijos.

Por lo anteriormente expuesto **A USTED C. JUEZ DE PRIMERA INSTANCIA Y DE LO FAMILIAR DE LORETO**, atentamente solicito:

**UNICO:** Tenerme por presentado en los términos del presente ocurso pidiendo sea acordado de conformidad.

PROTESTO LO NECESARIO

**LIC. ERNESTO ORENDAY VELASCO**

Loreto, Zacatecas, a la fecha de su presentación.

LIC. ERNESTO ORENDAY VELASCO
Oficina: Calle Enrique Estrada 103 B Int. 1, Zona Centro, Loreto, Zac.                    Tel. Cel. 449 110 42 86

Loreto, Zacatecas, Veintisiete de Agosto del año Dos Mil Veinte.

V I S T O, el escrito que suscribe el Licenciado ERNESTO ORENDAY VELASCO, se le tiene evacuando la vista que se le mando dar con el auto de fecha tres de agosto del año en curso, en relación a las manifestaciones vertidas por la actora principal respecto de la convivencia de los menores involucrados en autos durante la parte del periodo vacacional que correspondía al señor ARTURO HERRADA SARABIA; manifestaciones que se tendrán en consideración en su momento procesal oportuno, por lo que agréguese su escrito a actuaciones para que surta sus efectos legales correspondientes.

Y con tales manifestaciones, dese vista en forma personal a la parte actora principal, al tutor designado y al agente del ministerio público adscrito para que dentro del término de TRES DÍAS manifiesten lo que a sus intereses legales convengan.

Sin que se haga efectiva sanción legal alguna porque no se había decretado alguna al respecto dentro de autos, sin embargo, de considerar su representado que la conducta de su contraparte le resulta en cierto tipo de responsabilidad a la misma, se dejan a salvo sus derechos para que los haga valer en la vía y forma que legalmente corresponda.

De igual forma, tampoco es posible, al menos por el momento, reponer los días de vacaciones de los que habría sido privado, pues a partir del día veinticuatro del mes y año en curso, comenzó formalmente el nuevo ciclo escolar a nivel nacional, por lo que el periodo vacacional e verano de este año ya concluyó.

No obstante, requiérase a la señora MARISOL MACÍAS MARTÍNEZ, para que permita y lleve a cabo las acciones necesarias para que la convivencia entre sus hijos y su padre se realice de forma habitual y sin restricciones, e los días y horarios convenidos para ello, apercibiéndole que en caso de no hacerlo, se le impondrá una multa de $1,000.00 (UN MIL PESOS 00/100 M.N.), que

se hará efectiva a favor del Fondo Auxiliar para la Administración de
Justicia en el Estado.

Fundamento Legal: Artículos 162, 172 fracción
IV, 180, 182, 185 fracción IV, 553 del Código de Procedimientos
Civiles en vigor

NOTIFÍQUESE PERSONALMENTE A LA
PARTE ACTORA PRINCIPAL, AL TUTOR DESIGNADO, AL
AGENTE DEL MINISTERIO PÚBLICO ADSCRITO Y CÚMPLASE.

Así lo acordó y firma el Licenciado **FRANCISCO
ALEJANDRO LOERA LÓPEZ**, Juez de Primera Instancia  y de lo
Familiar de este Distrito Judicial, asistido por el Licenciado **JORGE
EDUARDO ESPINO RODARTE**, Secretario de Acuerdos que autoriza
y da fe.- DOY FE.-

CONSTANCIA DE NOTIFICACIÓN POR LISTA.- Esta resolución se
notificó por lista que se publicó el día ___31- Agosto- 2020___
de conformidad con lo dispuesto en el artículo 175, párrafo primero,
del Código de Procedimientos Civiles vigente en el Estado. DOY FE.



Loreto, Zacatecas, Veintiocho de Septiembre del año Dos Mil Veinte.

V I S T O, el escrito que suscribe el Licenciado **ERNESTO ORENDAY VELASCO,** se le tiene informando respecto del incumplimiento del requerimiento que se hizo a la parte actora principal, respecto de permitir la convivencia de su cliente con sus menores hijos, por lo que en esa virtud, y atendiendo a que la parte en cita, tampoco presentó escrito alguno en el que manifestase causa alguna que justifique la negativa de permitir la convivencia, o bien, que la misma se ha estado generando, por así proceder en derecho, se hace efectivo a la parte actora principal el apercibimiento decretado mediante acuerdo de fecha veintisiete de agosto del año en curso, y por ende, se le impone a MARISOL MACÍAS MARTÍNEZ, una multa por la suma de $1,000.00 (UN MIL PESOS 00/100 M.N.), por lo que **gírese oficio** al recaudador de rentas de esta ciudad, a fin de que proceda a hacer efectiva dicha multa, en el entendido de que el domicilio de la precitada se desprende de autos.

De igual forma, **requiérase de nueva cuenta a la señora MARISOL MACÍAS MARTÍNEZ,** para que permita y lleve a cabo las acciones necesarias para que la convivencia entre sus hijos y su padre se realice de forma habitual y sin restricciones, e los días y horarios convenidos para ello, apercibiéndole que en caso de no hacerlo, se le impondrá una multa de $2,000.00 (DOS MIL PESOS 00/100 M.N.), que se hará efectiva a favor del Fondo Auxiliar para la Administración de Justicia en el Estado.

Fundamento Legal: Artículos 162, 172 fracción IV, 180, 182, 185 fracción IV, 553 del Código de Procedimientos Civiles en vigor.

**NOTIFÍQUESE PERSONALMENTE A LA PARTE ACTORA PRINCIPAL Y CÚMPLASE.**

Así lo acordó y firma el Licenciado **FRANCISCO ALEJANDRO LOERA LÓPEZ,** Juez de Primera Instancia y de lo Familiar de este Distrito Judicial, asistido por el Licenciado **JORGE**



**EDUARDO ESPINO RODARTE**, Secretario de Acuerdos que autoriza y da fe.- **DOY FE.-**

**CONSTANCIA DE NOTIFICACIÓN POR LISTA.-** Esta resolución se notificó por lista que se publicó el día ___29-09-2020___, de conformidad con lo dispuesto en el artículo 175, párrafo primero, del Código de Procedimientos Civiles vigente en el Estado. DOY FE.

09-10-2020     9:54
Lic. Myrna Berince      firm
C. C.ve Martinez

En este acto y por conducto de su abogada queda debidamente notificada la parte actora, por el auto integro de fecha Veintiocho de septiembre del año en curso, por lo que se le requiere para que permita y lleve a cabo las acciones necesarias para la convivencia entre sus hijos y el padre, se realice de forma habitual y sin restricciones en los días y horas convenidos, con el apercibimiento que en caso de no hacerlo se le impondrá una multa por la cantidad $2,000 (dosmil pesos cero centavos) Moneda Nacional, la cual se hará efectiva a favor del fondo Auxiliar. Doy Fe



# Sergio Magallanes Ríos

Perito Traductor en la Especialidad de Inglés-Español Adscrito a la Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas

LEGAL OFFICE VOE

ATTORNEY ERNESTO ORENDAY VELASCO
PROFFESSIONAL CARD 7179753

Stamp that says:     COURT OF FIRST INSTANCE AND OF THE FAMILY
RECEIVED ON AUGUST 24, 2020
RECEIVED IN LORETO, ZACATECAS

FILE  373/2019
ORAL TRIAL OF CHILD SUPPORT.

CITIZEN JUDGE OF FIRST INSTANCE
AND OF THE FAMILY OF LORETO
PRESENT:

ATTORNEY  ERNESTO ORENDAY VELASCO, with the personality recognized in the file of
this trial with the file number cited to the item, with due respect I appear before you Judge to
expose:

Con domicilio en Calle V. Guerrero No. 50 Col. Centro Zacatecas, Zac.
Cel. 492 909 10 84  e-mail: sergiotraductoroficial@gmail.com

PERITO
OFICIAL
CENTRAL DE PERITOS
Folio: 1 7 7 / 2 1



# Sergio Magallanes Ríos

Perito Traductor en la Especialidad de Inglés-Español Adscrito a la Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas

THAT by means of this writing and in order to instruct the part that I represent, I make the following statements regarding the promotion presented by MARISOL MACIAS MARTINEZ at 2:57 p.m. on July 17, two thousand and twenty. Tell you Judge that the content of the promotion made by the plaintiff is a lie, because my client never told MISS MARISOL MACIAS MARTINEZ by any means, whether verbal or written, even with the use of a mobile device that would leave her to his minor children NATALIA AND EMILIANO with surnames HERRADA MACIAS during the vacation period that my client is supposed to have under his care, this, because MISTER ARTURO HERRADA SARABIA had other things to do, which is absurd, since it is the case that My client has fought all the time so that the terms of the coexistence that previously you the Judge had established are not interrupted. In this context, note that which MISS MARISOL MACIAS MARTINEZ is acting and pretending to lie to this Court, as cleverly and having full knowledge that the holiday period was beginning, which meant that any action within the present procedure would be delayed , and that without place is a sample of the irresponsibility with which the counterpart operates. MISS MARISOL MACIAS MARTINEZ did not agree with lying to this Court, she has taken her minor children with her to the United States, without my client having knowledge of her or in the case of her granting her consent. There are two behaviors that of MISS MARISOL MACIAS MARTINEZ which violate rights and evidently contravenes an agreement issued by this jurisdictional authority and that I ask you Judge respectfully to take charge of the legal consequences for the plaintiff, as you should not allow MISS MARISOL MACIAS MARTINEZ to act under her free will, and that the pre-appointed woman applies her own criteria, since on many occasions she has not respected the provisions that are being agreed within this procedure. It has been a unilateral and malicious act that of the plaintiff, which I insist, must have consequences. I must point out that to date the father of the minors does not know the whereabouts of his children and that I insist, this body must enforce the enforcement measures that proceed in accordance with the law, since there are different antecedents of the conduct that I am claiming today. of MISS MARISOL MACIAS MARTINEZ, such as lying and presenting statements that violate the rights of minors, since it is noted that he took his minor children with him to the United States, without knowing what place and days that he is supposed to be out of the country, and that he must have



Con domicilio en Calle V. Guerrero No. 50 Col. Centro Zacatecas, Zac.
Cel. 492 909 10 84  e-mail: sergiotraductoroficial@gmail.com



CENTRAL DE PERITOS
Folio: 179/21



# Sergio Magallanes Ríos

Perito Traductor en la Especialidad de Inglés-Español Adscrito a la Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas

father of the children, as well as the approval of the court. Telling him that the plaintiff took advantage of the goodwill of MISTER ARTURO HERRADA SARABIA and abruptly broke into the coexistence that had been decreed in the proceedings as it was a vacation period and, using deception, convinced my client to agree to allow his children an end week under the assumption that he would celebrate the birthday of one of his children, however it was only a trick to go stealthily to the United States, therefore you, Judge, ask you carefully that you proceed according to law, in addition to You must make up to my client the days he was deprived of coexistence with his minor children.

For the aforementioned to you, CITIZEN JUDGE OF FIRST INSTANCE AND OF THE FAMILY OF LORETO, I sincerely request:

UNIQUE.- To have me presented in the terms of this document requesting that it be agreed upon.

PROTEST THE NECESSARY.

ATTORNEY ERNESTO ORENDAY VELASCO

Loreto, Zacatecas, on the date of its presentation.

ATTORNEY ERNESTO ORENDAY VELASCO
Office: 103 B Interior 1 Enrique Estrada Street, Center Zone, Loreto, Zacatecas

Phone 449 110 4286.



Con domicilio en Calle V. Guerrero No. 50 Col. Centro Zacatecas, Zac.
Cel. 492 909 10 84  e-mail: sergiotraductoroficial@gmail.com

Folio: 169/21



# Sergio Magallanes Ríos

Perito Traductor en la Especialidad de Inglés-Español Adscrito a la Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas

Loreto, Zacatecas, on twenty seven of August of two thousand twenty.

SEEN the writing signed by ATTORNEY ERNESTO ORENDAY VELASCO, he has been evacuated the hearing
that he was ordered to give with the agreement dated August 3 of the current year, in relation to the statements
made by the main plaintiff regarding the coexistence of the minors involved in the file during the part of the vacation
period that corresponded to MISTER ARTURO HERRADA SARABIA; Statements that will be taken into
consideration at the appropriate procedural moment, so add your writing to actions so that it takes its corresponding
legal effects.

With such statements, give a personal view to the main plaintiff, the designated guardian and the assigned public
prosecutor so that within the term of THREE DAYS they can express what is convenient for their legal interests.

Without any sanction being made effective because no one had been decreed in this regard within the file, however,
if the client considers that the conduct of his counterpart results in a certain type of responsibility for the same, his
rights to to enforce them in the way and in the way that legally corresponds to it.

In the same way, it is not possible, at least for the moment, to replace the vacation days of the would have been
private, since as of the 24th day of the current month and year, the new school cycle began formally at the national
level, so that the summer vacation period of this year has already concluded.

However, MISS MARISOL MACIAS MARTINEZ is required to allow and carry out the
necessary actions so that the coexistence between her children and their father is carried
out on a regular basis and without restrictions, on the days and times agreed for it,
warning her that Failure to do so will result in a fine of $ 1,000 (ONE THOUSAND PESOS
00/100 MN), which



Con domicilio en Calle V. Guerrero No. 50 Col. Centro Zacatecas, Zac.
Cel. 492 909 10 84  e-mail: sergiotraductoroficial@gmail.com

Folio: 1 5 4 / 21



PODER JUDICIAL DEL ESTADO ZACATECAS ESTADOS UNIDOS MEXICANOS

# Sergio Magallanes Ríos

Perito Traductor en la Especialidad de Inglés-Español Adscrito a la Central de Peritos del Tribunal Superior de Justicia del Estado de Zacatecas

will be effective in favor of the Auxiliary Fund for the Administration of Justice in the State.

Legal basis: Article 162, 172 section IV, 180, 182, 185 section IV, 553 of the Code of Civil Procedures in force.

PERSONALLY NOTIFY THE PRINCIPAL PLANTING PARTY, THE DESIGNATED GUARDIAN, THE ADSCRIBED PUBLIC MINISTRY AGENT AND COMPLY.

This was agreed and signed by ATTORNEY FRANCISCO ALEJANDRO LOERA LOPEZ, First Instance and Family Judge of this Judicial District, assisted by ATTORNEY JORGE EDUARDO ESPINO RODARTE, Secretary of Agreements who authorizes and gives faith. ATTEST.

PROOF OF NOTIFICATION BY LIST.- This resolution was notified by list that was published on August 31, 2020 in accordance with the provisions of article 175, first paragraph, of the Code of Civil Procedures in force in the State. ATTEST.

On 09/02/2020, at 11:48 hours, the ATORNEY MYRNA BERENICE CRUZ MARTINEZ who signed it in advance.

In this act and through his lawyer, the plaintiff of the entire agreement dated September 28 of the current year is duly notified, of the agreement of date twenty seven of august of the year two thousand twenty, for this reason, he is given a hearing with the statements made by his counterpart so that within a term of three days he can express what suits his legal interests, likewise, the plaintiff is required to allow coexistence between his children and their father. with the warning that in case of not doing so, a fine in the amount of $ 1,000 (one thousand pesos, zero cents) will be imposed;I ATTEST.

**DECLARATION:** The signed **Sergio Magallanes Rios acting with the legai capacity of Expert Translator of the Superior Court of Justice of the State of Zacatecas**, under protest to tell the truth that the translation is accuracy of the original document being this **"TRIAL PROCESS". MADE ON DAY 21TH OF APRIL OF 2021; AT LORETO, ZACATECAS, MEXICO.**

**Expert Translator**

TRIBUNAL SUPERIOR DE JUSTICIA DEL ESTADO DE ZACATECAS PERITO OFICIAL CENTRAL DE PERITOS

# Sergio Magallanes Ríos

Perito Traductor en la Especialidad de Inglés-Español Adscrito a la Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas

Loreto, Zacatecas, September twenty eight of the year two thousand and twenty.

HAVING SEEN the writing signed by ATTORNEY ERNESTO ORENDAY VELASCO, you have been informed about the breach of the requirement that was made to the main plaintiff, regarding allowing the coexistence of the client with his minor children, so in that virtue, and Considering that the party in appointment, did not present any writing in which it manifests any cause that justifies the refusal to allow coexistence, or that it has been generating, by thus proceeding in law, the party is made effective main plaintiff the warning decreed by an agreement dated August 27 of the current year and therefore, a fine in the amount of $ 1,0000, THOUSAND PESOS 00/100 MN, is imposed on MARISOL MACIAS MARTINEZ, for which it turns official to the revenue collector of this city, in order to proceed to enforce said fine, with the understanding that the domicile of the aforementioned is clear from the record.

Likewise, a new account is required of MISS MARISOL MACIAS MARTINEZ, so that she allows and carries out the necessary actions so that the coexistence between her children and their father is carried out on a regular basis and without restrictions on the days and times agreed for it. , warning him that if he does not do so, a fine of $ 2,000 TWO THOUSAND PESOS 00/100 MN will be imposed that will be effective in favor of the Auxiliary Fund for the Administration of Justice in the State.

Legal basis: Articles 162, 172 section IV, 180, 182, 185 section IV, 553 of the Code of Civil Procedures in force.



Con domicilio en Calle V. Guerrero No. 50 Col. Centro Zacatecas, Zac.
Cel. 492 909 10 84  e-mail: sergiotraductoroficial@gmail.com

CENTRAL DE PERITOS

Folio: 174 / 21



# Sergio Magallanes Ríos

Perito Traductor en la Especialidad de Inglés-Español Adscrito a la Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas

NOTIFY THE MAIN PLAINTIFF IN PERSON AND COMPLY.

This was agreed and signed by ATTORNEY FRANCISCO ALEJANDRO LOERA LOPEZ, First Instance and Family Judge
of this Judicial District, assisted by ATTORNEY JORGE EDUARDO ESPINO RODARTE, Secretary of Agreements who
authorizes and gives faith. ATTEST.

PROOF OF NOTIFICATION BY LIST.- This resolution was notified by list that was published on 09/29/2020 in accordance
with the provisions of article 175, first paragraph, of the Code of Civil Procedures in force in the State. ATTEST.

On 09/10/2020, at 9:54 a.m., the ATORNEY MYRNA BERENICE CRUZ MARTINEZ was notified of the agreement by list,
who signed it in advance.

In this act and through his lawyer, the plaintiff of the entire agreement dated September 28 of the current year is duly
notified, for which he is required to allow and carry out the necessary actions for the coexistence between his children
and the father is carried out regularly and without restrictions on the agreed days and hours, with the warning that if he
does not do so, a fine in the amount of $ 2,000 two thousand pesos zero cents national currency will be imposed, which
will be effective in favor of the auxiliary fund. Attest. Firm.

**DECLARATION: The signed Sergio Magallanes Rios acting with the
legal capacity of Expert Translator of the Superior Court of Justice
of the State of Zacatecas**, under protest to tell the truth that the
translation is accuracy of the original document being this "TRIAL
PROCESS". MADE ON DAY 20TH OF APRIL OF 2021; AT LORETO,
ZACATECAS, MEXICO.

Expert Translator

Con domicilio en Calle V. Guerrero No. 50 Col. Centro Zacatecas, Zac.
Cel. 492 909 10 84 e-mail: sergiotraductoroficial@gmail.com

PERITO
OFICIAL

CENTRAL DE PERITOS
Folio: 180/21

# EXHIBIT 6



Juzgado de Control y Tribunal de Enjuiciamiento
Del Décimo Primer Distrito Judicial.
Loreto, Zacatecas.

## AUTO QUE RESUELVE EL LIBRAMIENTO DE ORDEN DE COMPARECENCIA POR DECLARATORIA DE SUSTRACCIÓN DE LA JUSTICIA.

Loreto, Zacatecas, a los tres días del mes de agosto del año dos mil veinte.

Una vez escuchadas las partes, dentro de la audiencia celebrada en esta fecha, en causa penal **12/2020** que se sigue en contra de MARISOL MACÍAS MARTÍNEZ, por hechos presumiblemente constitutivo del delito de LESIONES cometido en perjuicio de ARTURO HERRADA SARABIA, se resolvió:

(...)

### R E S O L U T I V O S:

PRIMERO.- SE GIRA ORDEN DE COMPARECENCIA, al haberse declarado sustraída de la acción de la justicia, en contra de MARISOL MACÍAS MARTÍNEZ, a quien se le sigue esta causa penal por el hecho que la ley señala como delito de LESIONES cometido en perjuicio de ARTURO HERRADA SARABIA.

SEGUNDO.- Expídase al Fiscal copia certificada por triplicado y por escrito de los puntos resolutivos de la presente resolución, a fin de que tenga a bien ordenar a quién corresponda se realice la comparecencia ordenada.

TERCERO.- El domicilio donde pudiera ser localizada la imputada se ubica en calle Víctor Rosales, número 929, colonia Vale Real, Loreto, Zacatecas.

El presente mandato deberá ser cumplimentado en días y horas hábiles a fin de llevar a cabo la audiencia intermedia.

Así lo resolvió Rodolfo Moreno Murillo, Juez de Control del Distrito Judicial de Loreto, Zacatecas.

EL JUEZ DE CONTROL DEL DISTRITO JUDICIAL DE LORETO, ZACATECAS
C E R T I F I C A:
QUE LA PRESENTE TRANSCRIPCIÓN DE PUNTOS RESOLUTIVOS DE SOLUTIVO DE LIBRAMIENTO DE ORDEN DE COMPARECENCIA, QUE CONSTA DE EN UNA FOJA ÚTIL MARCADA POR UN SOLO LADO, CORRESPONDE A LA EMITIDA EL DÍA TRES DE AGOSTO DEL DOS MIL VEINTE, DENTRO DE LA CAUSA PENAL 12/2020, QUE SE INSTRUYE EN CONTRA DE MARISOL MACÍAS MARTÍNEZ, POR LA COMISIÓN DEL HECHO QUE LA LEY SEÑALA COMO DELITO DE LESIONES, EN AGRAVIO DE ARTURO HERRADA SARABIA; LO ANTERIOR, CON LAS PRECISIONES, ADICIONES DE ESTILO Y ADECUACIONES NECESARIAS REQUERIDAS EN TÉRMINOS DEL ARTÍCULO 67 DEL CÓDIGO NACIONAL DE PROCEDIMIENTOS PENALES. LAS QUE SE COMPULSAN PARA LOS EFECTOS LEGALES CORRESPONDIENTES.

LORETO, ZACATECAS, A VEINTISIETE DE ENERO DEL DOS MIL VEINTIUNO.

DISTRITO JUDICIAL
LORETO, ZAC.

LIC. MARÍA GUADALUPE RODRÍGUEZ MUÑOZ
JUEZ DE CONTROL DEL DISTRITO JUDICIAL DE LORETO, ZACATECAS



# Sergio Magallanes Ríos

Perito Traductor en la Especialidad de Inglés-Español Adscrito a la Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas

### CONTROL JUDGMENT AND TRIAL COURT
### OF THE JUDICIAL DISTRICT ELEVENTH
### OF LORETO, ZACATECAS

SEAL: ESTADOS UNIDOS MEXICANOS.
TRIBUNAL SUPERIOR DE JUSTICIA DEL ESTADO DE ZACATECAS.

### ORDER THAT RESOLVES THE RELEASE OF THE ORDER OF APPEARANCE
### BY DECLARATION OF ABDUCTION OF JUSTICE

Loreto,  Zacatecas, on third day of the month of August of the year two thousand tewnty.

once the parties had been heard, within the hearing held on this date, in Criminal Case 12/2020 that continues against MARISOL MACIAS MARTINEZ, for acts presumably constituting the crime of INJURIES committed to the detriment of ARTURO HERRADA SARABIA, it was resolved:

(....)

### RESOLUTIVES:

FIRST.- AN APPEARANCE ORDER IS TURNED, having declared withdrawn from the action of justice, against MARISOL MACIAS MARTINEZ, who is being prosecuted in this criminal case due to the fact that the law indicates as a crime of INJURIES committed to the detriment ARTURO HERRADA SARABIA.

SECOND.- Issue to the Prosecutor a certified copy in triplicate and in writing of the operative points of this resolution, so that he may order the appropriate appearance to be carried out.



Con domicilio en Calle V. Guerrero No. 50 Col. Centro Zacatecas, Zac.
Cel. 492 909 10 84  e-mail: sergiotraductoroficial@gmail.com

Folio: 190 /21



# Sergio Magallanes Ríos

Perito Traductor en la Especialidad de Inglés-Español Adscrito a la Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas

THIRD .- The address where the accused could be located is located at Number 929 Victor Rosales Street, Valle Real Colony, Loreto, Zacatecas.

This mandate must be completed in business days and hours in order to carry out the intermediate hearing.

This was resolved by Rodolfo Moreno Murillo, Control Judge of the Judicial District of Loreto, Zacatecas.

THE JUDGE OF CONTROL, OF THE JUDICIAL DISTRICT OF LORETO, ZACATECAS.

## CERTIFIES:

THAT THE PRESENT TRANSCRIPT OF RESOLUTION POINTS FOR THE RELEASE OF THE ORDER OF APPEARANCE, WHICH CONSISTS OF A USEFUL SHEET MARKED ON ONE SIDE, CORRESPONDS TO THE ONE ISSUED ON THE THIRD AUGUST TWO THOUSAND DAY, WITHIN THE CRIMINAL CASE 12/2020 , WHICH IS INSTRUCTED AGAINST MARISOL MACIAS MARTINEZ, BY THE COMMISSION OF THE FACT THAT THE LAW INDICATES AS A CRIME OF INJURIES, TO THE TORT OF ARTURO HERRADA SARABIA; THE FOREGOING, WITH THE PRECISIONS, STYLE ADDITIONS AND NECESSARY ADDITIONS MADE IN TERMS OF ARTICLE 67 OF THE NATIONAL CODE OF CRIMINAL PROCEDURES; THOSE THAT ARE COMPULSED FOR THE CORRESPONDING LEGAL EFFECTS.

LORETO, ZACATECAS, JANUARY TWENTY-SEVEN, TWO THOUSAND TWENTY-ONE.

ATTORNEY MARIA GUADALUPE RODRIGUEZ MUNOZ
CONTROL JUDGE OF THE JUDICIAL DISTRICT OF LORETO, ZACATECAS

DECLARATION: The signed Sergio Magallanes Rios acting with the legal capacity of Expert Translator of the Superior Court of Justice of the State of Zacatecas, under protest to tell the truth that the translation is accuracy of the original document being this "ORDER THAT RESOLVES THE RELEASE OF THE ORDER OF APPEARANCE BY DECLARATION OF ABDUCTION OF JUSTICE". MADE ON DAY 13TH OF APRIL OF 2021; AT LORETO, ZACATECAS, MEXICO.

Expert Translator



Con domicilio en Calle V. Guerrero No. 50 Col. Centro Zacatecas, Zac.
Cel. 492 909 10 84  e-mail: sergiotraductoroficial@gmail.com

Folio: 142 /21

# EXHIBIT 7



JUZGADO DE PRIMERA INSTANCIA
Y DE LO FAMILIAR

R [ 1 9 OCT. 2020 ]
14 : 26

LORETO, ZAC.

EXP. NUM. 373/2019

ALIMENTOS GUARDIA Y   CUSTODIA

C.JUEZ DE PRIMERA INSTANCIA Y DE LO FAMILIAR

PRESENTE.

LICENCIADA MYRNA BERENICE CRUZ MARTINEZ, Promoviendo con el carácter que tengo debidamente reconocido y acreditado en los autos del expediente al rubro indicado,Ante usted, con todo respeto comparezco y expongo:

Que toda vez que la actora en este juicio se encuentra en Estados Unidos de Norte America como lo hizo saber a este H. Juzgado se me tenga por **renunciando al cargo** de su abogada patrona de este juicio toda vez que desde que la actora salio del pais no tengo contacto ni físico y verbal con ella, esto me dificulta hacerte saber toda clase de notificaciones  siendo que he tratado de comunicarme con ella vía telefónica y no contesta desconozco si cambio de número, asi mismo solicito no surta efecto la notificación realizada el día 16 de octubre del presente año ya que dejaría a la actora en estado de indefensión al ignorar las pretensiones del demandado en este juicio al promover un juicio que hasta la fecha la actora ignora, así mismo solicito se faculte al notificador para que realice      el      emplazamiento      legal correspondiente en tiempo y forma.

Por lo expuesto.

A USTED C. JUEZ, atentamente solicito:

ÚNICO: Se sirva promover de conformidad lo solicitado en el acuerdo del presente escrito.

PROTESTO LO NECESARIO.

Loreto Zacatecas, a la fecha de su presentación.

LICENCIADA MYRNA BERENICE CRUZ MARTINEZ.

Loreto, Zacatecas, Veintiuno de Octubre del año Dos Mil Veinte.

V I S T O, el escrito que suscribe MYRNA BERENICE CRUZ MARTÍNEZ, se le tiene solicitando se le tenga renunciando al cargo de abogada patrono de la actora principal MARISOL MACÍAS MARTÍNEZ, por las razones que expone en su ocurso, renuncia que se le tiene por hecha por así ser un derecho que la ley otorga a los abogados que representan a las partes dentro de los procedimientos jurisdiccionales, para todos los efectos legales a que haya lugar.

En consecuencia: hágase del conocimiento de la renuncia antes mencionada a actora precitada, en su domicilio particular, a fin de que en el término de TRES DÍAS, promueva lo que a sus intereses legales convengan, y si así lo desea, designe nuevo abogado patrono que la represente.

De igual forma, se le requiera para que dentro del mismo término que se le otorga, señale nuevo domicilio para oír y recibir notificaciones, apercibida que en caso de no señalar domicilio en el lapso que se le concede, las ulteriores notificaciones, aún las de carácter personal, se le harán mediante cédula que se fije en los Estrados de este juzgado.

Por así estar ordenado en la ley, se previene a la promovente para que continúe la representación que realizaba a favor de su cliente hasta en tanto se le notifique el presente acuerdo.

Ahora bien, atendiendo a las manifestaciones que vierte la ocursante en relación a las razones que expone para renunciar al cargo de abogada patrono de la actora principal, dese vista con su escrito en forma personal a la parte demandada principal, al tutor designado y al agente del ministerio público adscrito para que dentro del término de TRES DÍAS manifiesten lo que a sus intereses legales convengan al respecto.

Fundamento Legal: Artículos 71, 77, 170, 172 fracción IV, 180, 182, 185, del Código de Procedimientos Civiles vigente en el Estado.-

NOTIFÍQUESE PERSONALMENTE A LA PARTE DEMANDADA PRINCIPAL, AL TUTOR DESIGNADO, AL AGENTE DEL MINISTERIO PÚBLICO ADSCRITO Y CÚMPLASE.

Así lo acordó y firma el Licenciado FRANCISCO ALEJANDRO LOERA LÓPEZ, Juez de Primera Instancia y de lo Familiar de este Distrito Judicial, asistido por el Licenciado JORGE EDUARDO ESPINO RODARTE, Secretario de Acuerdos que autoriza y da fe.- DOY FE.-

CONSTANCIA DE NOTIFICACIÓN POR LISTA.- Esta resolución se notificó por lista que se publicó el día _____ de conformidad con lo dispuesto en el artículo 175, párrafo primero, del Código de Procedimientos Civiles vigente en el Estado. DOY FE



**Poder Judicial del Estado de Zacatecas**

*Mtro. Sergio Magallanes Ríos*

Perito Traductor en la Especialidad de Inglés - Español Adscrito a la Central de Peritos del Tribunal Superior de Justicia del Estado de Zacatecas



Seal that says:    COURT OF FIRST INSTANCE AND OF THE FAMILY.
RECEIVED ON OCTOBER 19, 2020, AT 14:26,
IN LORETO, ZACATECAS.

FILE NUMBER 373/2019.

MAINTENANCE, GUARD AND CUSTODY.

C. JUDGE OF FIRST INSTANCE AND OF THE FAMILY
PRESENT.

ATTORNEY MYRNA BERENICE CRUZ MARTINEZ, promoting with the character that I have duly recognized and accredited in the file to the indicated item, before you, I respectfully appear and expose:

That since the plaintiff in this trial is in the United States of America, as she made known to this Honorable Court, I am held for resigning from the position of her lawyer in this trial, since the plaintiff left the country I have no neither physical nor verbal contact with her, this makes it difficult for me to let her know all kinds of notifications since I have tried to communicate with her by phone and she does not answer I do not know if she change the number, I also request that the notification made on October 16 does not take effect of this year since it would leave the plaintiff in a defenseless state by ignoring the claims of the defendant in this trial by promoting a trial that to date the plaintiff ignores, I also request that the notifier be empowered to carry out the corresponding legal summons in time and shape.

For the exposed.

To you C. JUDGE, I sincerely request:

UNIQUE.- It serves to promote in accordance with what is requested in the agreement of this writing.

PROTEST THE NECESSARY.
Loreto, Zacatecas, on the date of its presentation.

Signature
ATTORNEY MYRNA BERENICE CRUZ MARTINEZ



**CENTRAL DE PERITOS**

**Con domicilio en Calle V. Guerrero No. 50 Col. Centro, Zacatecas, Zac.
Cel: 492 909 10 84 e-mail: sergioperitotraductor@hotmail.com**

**Folio:** 5866 / 16





*Mtro. Sergio Magallanes Ríos*

Perito Traductor en la Especialidad de Inglés - Español Adscrito a la Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas

Poder Judicial del
Estado de Zacatecas

Loreto, Zacatecas, October twenty first, two thousand and twenty.

SEEN, the written   signed by MYRNA BERENICE CRUZ MARTINEZ, has been requested to have her resigned from the
position of lawyer of the main plaintiff MARISOL MACIAS MARTINEZ, for the reasons that she exposes in her writing,
resignation that she has been made for thus being a right that the law grants to the lawyers who represent the parties within
the jurisdictional procedures, for all the corresponding legal purposes.

Consequently: let the aforementioned plaintiff know of the aforementioned resignation, at her home address, so that within
THREE DAYS, she can promote what is in her best interest, and if she so wishes, appoint a new lawyer who represent it.

In the same way, it is required that within the same term that it is granted, it indicates a new address to hear and receive
notifications, aware that in case of not indicating an address in the period that is granted, subsequent notifications, even those
of personal character, they will be made by means of a card that is fixed in the stages of this Court.

As this is ordered in the law, the plaintiff is prevented from continuing the representation that she carried out in favor of her
client until she is notified of this agreement.

Now, taking into account the statements made by the undersigned in relation to the reasons
to expose to resign from the position of lawyer of the main plaintiff, the designated guardian
and the agent of the assigned public prosecutor so that within the term of THREE DAYS they
express what agree to their legal interests in this regard.



CENTRAL DE PERITOS

Con domicilio en Calle V. Guerrero No. 50 Col. Centro, Zacatecas, Zac.
Cel: 492 909 10 84 e-mail: sergioperitotraductor@hotmail.com

Folio: 5 8 7 0 / 1 6





*Mtro. Sergio Magallanes Ríos*

Perito Traductor en la Especialidad de Inglés - Español Adscrito a la Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas

Poder Judicial del
Estado de Zacatecas

Legal Basis: Articles 71, 77, 170, 172 Section IV, 180, 182, 185 of the Code of Civil Procedures in force in the State.

PERSONALLY NOTIFY THE PRINCIPAL DEFENDANT, THE DESIGNATED GUARDIAN, THE ADSCRIBED PUBLIC MINISTRY AGENT AND COMPLY.

This was agreed and signed by ATTORNEY FRANCISCO ALEJANDRO LOERA LOPEZ, Judge of First Instance and of the Family of this Judicial District, assisted by ATTORNEY JORGE EDUARDO ESPINO RODARTE, Secretary of Agreements who authorizes and gives faith. ATTEST.

PROOF OF NOTIFICATION BY LIST.- This resolution was notified by list that was published on 10 - 22 - 2020 in accordance with the provisions of Article 175, First Paragraph, of the Code of Civil Procedures in force in the State. ATTEST.

ON DATE   10 - 22 - 2020 AT 1:19, THE AGREEMENT WAS NOTIFIED FOR ATTORNEY ERNESTO ORENDAY, SIGNATURE.

In this act, he is notified of the   statements of the  Plaintiff's Lawyer so that within a period of three days he  can express what is convenient for his  legal interests, notification made to the defendant through his Lawyer. Attest. Signatures.

DECLARATION: The signed Sergio Magallanes Rios acting with the legal capacity of Expert Translator of the Superior  Court  of Justice of the State of Zacatecas,  under protest to  tell the truth that the translation is accuracy of the original document being  this "TRIAL PROCESS". MADE ON DAY 19TH OF APRIL  OF 2021; AT LORETO, ZACATECAS, MEXICO.

Expert  Translator



Con domicilio en Calle V. Guerrero No. 50 Col. Centro, Zacatecas, Zac.
Cel: 492 909 10 84 e-mail: sergioperitotraductor@hotmail.com

Folio:  5 869 / 16

# EXHIBIT 8

 

Secretaría de Relaciones Exteriores
Dirección General de Protección a Mexicanos en el Exterior
Derecho de Familia
Restitución Internacional de Menores

**SRE**
SECRETARIA DE
RELACIONES EXTERIORES

Para llenado exclusivo de la Delegación de la SRE:

Zacatecas
**Delegación**

EUA
**País requerido**

**[Marque sólo una opción]**

Derechos de Visita
Access Rights ☐

Restitución Internacional
International Return ☒

Número de menores
Number of children  2

| Apellido paterno/Last name | Apellido materno/Maternal last name | Nombre(s)/First and middle name | Edad/Age |
|---|---|---|---|
| | | | 6 |
| | | | 4 |
| | | | |
| | | | |
| | | | |

SELLO, FECHA Y HORA DE
RECEPCIÓN



SECRETARIA DE RELACIONES EXTERIORES
SOLICITUD DE ASISTENCIA CON BASE EN LA
CONVENCION DE LA HAYA SOBRE LOS
ASPECTOS CIVILES DE LA SUSTRACCION
INTERNACIONAL DE MENORES

Página | 2

**SRE**
SECRETARÍA DE
RELACIONÉS EXTERIORES

El llenado de la presente solicitud es exclusivo del solicitante, favor de llenar los espacios con letra de molde o a computadora. / Only the applicant should fill out this form. Please type or handwrite the requested information.

| Número de menores / Number of minors | 2 | Derechos de Visita / Access Rights | ☐ | Restitución Internacional / International Return | ☒ |

## I. DATOS DEL MENOR/INFORMATION ABOUT THE CHILD

### NOMBRE DEL MENOR/NAME OF THE CHILD

| | | |
|---|---|---|
| Apellido paterno/Last name | Apellido materno/Maternal last name | Nombre(s)/First and middle name |

| 14 / 07 /2014 | AGUASCALIENTES | MEXICAN/ AMERICAN |
|---|---|---|
| Fecha de nacimiento/Date of birth | Lugar de nacimiento/Place of birth | Nacionalidad/Citizenship |

| 14 / 07 / 2030 | FEMALE | 6 YEARS |
|---|---|---|
| Cumplirá 16 años el/Who will be the age of 16 years on | Sexo/Gender | Edad / Age |

| | 24 / 03 /2024 | ENRIQUE ESTRADA # 401 LORETO, ZACATECAS, MEXICO |
|---|---|---|
| Número de pasaporte / Passport number | Y and Fecha de Caducidad / Expiration date | Residencia habitual ANTES DE LA SUSTRACCION/ Habitual residence BEFORE THE ABDUCTION |

### INFORMACIÓN FÍSICA/PHYSICAL INFORMATION

| 39 Inchs | 60 libras | BROWN | GRAY |
|---|---|---|---|
| Estatura/Height | Peso /Weight | Color de cabello/Hair color | Color de ojos/Eye color |

| N/A |
|---|
| Señas particulares/Distinctive marks |

### POSIBLE UBICACIÓN/CURRENT OR POSSIBLE LOCATION

| | | |
|---|---|---|
| Calle/Street | Núm/Num   Int/Appt | Colonia |

| | SAN BERNARDINO | |
|---|---|---|
| Ciudad/City | Municipio/County | Comunidad o poblado/Community or town |

| CALIFORNIA | ESTADOS UNIDOS | |
|---|---|---|
| Estado o Provincia/State or Province | País/Country | C.P. /ZIP Code |

**II. INFORMACIÓN DE LA PERSONA O INSTITUCIÓN QUE SOLICITA LA RESTITUCIÓN O EL EJERCICIO EFECTIVO DE DERECHOS DE VISTA/**
**II. INFORMATION CONCERNING THE PERSON OR INSTITUTION REQUESTING RETURN OR ENJOYMENT OF THE RIGHT OF ACCESS**

RELACIÓN CON EL MENOR/ RELATIONSHIP WITH THE CHILD/REN

Página | 3

Padre/ Father [X]     Madre/ Mother [ ]     Ambos/ Both [ ]     Institución/ Institution [ ]     Otro: / Other: _____

¿Ejercía el solicitante la patria potestad y/o custodia del menor?
Was the applicant exercising parental and/or custodial rights?    Sí/Yes [X]    No/No [ ]

| HERRADA | | ARTURO |
|---|---|---|
| Apellido paterno/Last name | Apellido materno/Maternal Last name | Nombre(s)/First and Middle name |

| 03 / 07 | 1976 | ROCHELLE, IL | AMERICAN |
|---|---|---|---|
| Fecha de nacimiento/Date of birth | | Lugar de nacimiento/Place of birth | Nacionalidad/Citizenship |

| MEXICAN | MALE | 44 YEARS |
|---|---|---|
| Otra nacionalidad/Other nationality | Sexo/Gender | Edad / Age |

DIRECCIÓN/ADDRESS

| ENRIQUE ESTRADA | 401 | | CENTRO |
|---|---|---|---|
| Calle/Street | Núm/Num Int/Appt | | Colonia |

| LORETO | ZACATECAS | |
|---|---|---|
| Ciudad/City | Municipio/Municipality | Comunidad o poblado/County or town |

| | MEXICO | 98800 |
|---|---|---|
| Estado o provincia/State or Province | País/Country | C.P. /ZIP Code |

DATOS DE CONTACTO/ CONTACT INFORMATION

| (496) 96 2 18 00 | ( ) | (496) 141 17 62 |
|---|---|---|
| Teléfono de casa/Home number | Teléfono de oficina/Office number | Celular/Mobile |

| arturoherrada070376@gmail.com | |
|---|---|
| Correo electrónico/E-mail | Otros/Other |

INSTITUCIÓN/INSTITUTION (llenar sólo si el solicitante es una institución)/(fill only if the applicant is an institution).

| | |
|---|---|
| Nombre de la Institución/Institution's Name | Representante /Representative |

## III. INFORMACION DE LA PERSONA QUE PRESUNTAMENTE SUSTRAJO O RETUVO AL MENOR O IMPIDE LOS DERECHOS DE VISITA/INFORMATION CONCERNING THE PERSON ALLEGED TO HAVE WRONGFULLY REMOVED OR RETAINED THE CHILD, OR PREVENTING ACCESS

### RELACIÓN CON EL MENOR/ RELATIONSHIP WITH CHILD/REN

Página | 4

Padre/Father ☐    Madre/Mother ☒    Ambos/Both ☐    Otro:/Other: _____

| MACIAS | | MARISOL M |
|---|---|---|
| Apellido paterno/Last name | Apellido materno/Maternal last name | Nombre(s)/First and middle name |

| 24 / 02 /1980 | FORT WORTH TEXAS | AMERICAN |
|---|---|---|
| Fecha de nacimiento/Date of birth | Lugar de nacimiento/Place of birth | Nacionalidad/Citizenship |

| MEXICAN | FEMALE | 40 YEARS |
|---|---|---|
| Otra nacionalidad/Other Nationality | Sexo/Gender | Edad / Age |

| MARISOL MACIAS MARTINEZ | 29 / 12 /2018 | LORETO ZACATECAS MEXICO |
|---|---|---|
| Alias / Also known as | Número de pasaporte Y Fecha de Caducidad / Passport number and Expiration date | Residencia habitual / Habitual residence |

### INFORMACIÓN FÍSICA/PHYSICAL INFORMATION

| 5 ft. 4 inchs | 149 ond | BLACK | BROWN |
|---|---|---|---|
| Estatura/Height | Peso'/Weight | Color de cabello/Hair color | Color de ojos/Eye color |

| N/A |
|---|
| Señas particulares/Distinctive marks |

### POSIBLE UBICACIÓN/ PROBABLE LOCATION

| | | | |
|---|---|---|---|
| Calle/Street | Núm/num | Int/Appt | Colonia |

| | SAN BERNARDINO | |
|---|---|---|
| Ciudad/City | Municipio/County | Comunidad o poblado/Community or town |

| CALIFORNIA | USA | |
|---|---|---|
| Estado o provincia/State or Province | País/Country | C.P. /ZIP Code |

| ( ) | ( ) | ( ) |
|---|---|---|
| Teléfono de casa/Home number | Teléfono de oficina/Office number | Celular/Mobile |

| | *SS# .9938 |
|---|---|
| Correo electrónico/E-mail | Otros/Other |

**IV. NARRACIÓN DE LOS HECHOS Y CIRCUNSTANCIAS EN QUE OCURRIÓ LA SUSTRACCIÓN O RETENCIÓN ILÍCITA DEL (LOS) MENOR(ES)/ O BIEN LAS ACCIONES QUE IMPIDEN EL EJERCICIO EFECTIVO DEL DERECHO DE VISITA**

**IV. STATEMENT OF THE FACTS AND CIRCUMSTANCES SURROUNDING THE WRONGFUL REMOVAL OR ILLICIT RETENTION/ OR THE ACTIONS PREVENTING ACCESS**

Indicar fecha, hora y lugar en que ocurrió la sustracción, incluyendo información sobre la fecha y temporalidad de cualquier permiso de viaje que se hubiera otorgado; o bien indicar la fecha en la que se dejó de ejercer el derecho de visita, si requiere más espacio incluya las hojas que considere necesarias. / Please provide a statement of the date, time, place and circumstances of the wrongful removal or retention, including the issuance and expiration date of any permission to travel ; or the date in which access stopped. If you need more space, please attach additional sheets.

EL DIA 25 DE JULIO DEL 2020 LOS MENORES DE EDAD, DE 6 AÑOS Y DE 4 AÑOS SE ENCONTRABAN EN CONVIVENCIA POR VACACIONES DE VERANO CON SU PADRE ARTURO HERRADA EN EL DOMICILIO ENRIQUE ESTRADA #401 SUR, COL. CENTRO, EN LORETO, ZACATECAS, MEXICO; LA MADRE DE LOS MENORES; MARISOL M. MACIAS SE COMUNICO VIA TELEFONICA PIDIENDOME PERMISO PARA CONVIVIR CON LOS MENORES EL FIN DE SEMANA Y QUE ME LOS REGRESARIA EL DIA LUNES 27 DE JULIO DEL 2020 A LAS 16:00 HORAS; LE ENTREGUE A LOS MENORES A SU MAMÁ EL DIA SABADO 25 DE JULIO, DEL 2020 A LAS 13:00 HRS; LA MAMÁ <u>NO ENTREGO</u> A LOS MENORES EL DIA Y HORA SEÑALADA, ME COMU-NICO CON ELLA VIA TELEFONICA SIN TENER RESPUES-TA ALGUNA, ME MANDA DIRECTO A BUZÓN, CABE MENCIO NAR QUE HASTA EL DIA DE HOY 21 DE SEPTIEMBRE DEL 2020 NO HE TENIDO COMUNICACION CON MARISOL M MACIAS O CON MIS MENORES HIJOS <u>POR NINGUN MEDIO EXISTENTE</u>. DESCONOCIENDO SU PARADERO. ME ENTERO POR MEDIO DEL JUZGADO FAMILIAR DE LORETO, ZACATECAS DONDE ELLA METE UN ESCRITO AVISANDO QUE SE VA AL PAIS DE LOS U.S.A. CON LOS MENORES <u>SIN MI AUTORIZACIÓN</u>, SIN ESTABLECER ALGUN DOMICILIO O UBICACIÓN DE DESTINO Y DESCONECTANDOSE DE TODAS LAS VIAS DE COMUNICACIÓN COMO TELEFONO CELULAR Y REDES SOCIALES.

IV. NARRACIÓN DE LOS HECHOS Y CIRCUNSTANCIAS EN QUE OCURRIÓ LA SUSTRACCIÓN O RETENCIÓN ILÍCITA DEL (LOS) MENOR(ES)/ O BIEN LAS ACCIONES QUE IMPIDEN EL EJERCICIO EFECTIVO DEL DERECHO DE VISITA

IV. STATEMENT OF THE FACTS AND CIRCUMSTANCES SURROUNDING THE WRONGFUL REMOVAL OR ILLICIT RETENTION/ OR THE ACTIONS PREVENTING ACCESS

Página | 5

Indicar fecha, hora y lugar en que ocurrió la sustracción, incluyendo información sobre la fecha y temporalidad de cualquier permiso de viaje que se hubiera otorgado; o bien indicar la fecha en la que se dejó de ejercer el derecho de visita, si requiere más espacio incluya las hojas que considere necesarias. / Please provide a statement of the date, time, place and circumstances of the wrongful removal or retention, including the issuance and expiration date of any permission to travel ; or the date in which access stopped. If you need more space, please attach additional sheets.

ON JULY 25, 2020 THE MINORS                                   6 YEARS
OLD, AND                          , 04 YEARS OLD, WERE LIVING
TOGETHER FOR SUMMER VACATIONS WITH THEIR FATHER (ME)
ARTURO HERRADA AT THE ADRESS ENRIQUE ESTRADA #N01
SOUTH, COLOMA CENTRO IN LORETO ZACATECAS. THE MOTHER OF
THE MINORS MARISOL M MACIAS COMMUNICATED BY PHONE
ASKING ME PERMISSION TO LIVE WITH THE MINORS OVER THE
WEEKEND AND THAT SHE WOULD RETURN THEM TO ME ON MONDAY
JULY 27, 2020 AT 4:00 PM., I DELIVERED THE MINORS TO HIS
MOTHER ON SATURDAY JULY 25 AT 1:00 PM. THE MOTHER DID NOT
GIVE THE CHILDREN THE AGREED DAY AND TIME, I TRIED TO
COMMUNICATE WITH HER BY PHONE WITHOUT HAVING ANY RESPONSE,
SHE SENDS ME DIRECTLY TO THE MAILBOX, IT IS WORTH MENTIONING
THAT UNTIL TODAY, SEPTEMBER 21, 2020 I HAVE NOT HAD COMMUNICATION
WITH MARISOL M MACIAS OR WITH MY CHILDREN BY ANY EXISTING
MEANS, NOT KNOWING THEIR WHEREABOUTS.
    I FOUND OUT THROUGH THE LORETO FAMILY COURT THAT SHE
SENDS AN OFFICIAL LETTER ADVISING THAT SHE IS GOING TO THE
UNITED STATES WITH THE MINORS WITHOUT MY AUTORIZATION,
WITHOUT ESTABLISHING ANY ADRESS OR DESTINATION LOCATION
AND DISCONECTING FROM ALL COMMUNICATION CHANNELS
SUCH AS CELL PHONE AND SOCIAL NETWORKS.

## V. DATOS DE LOS PADRES/ PARENT INFORMATION

¿Están o estaban casados? / Are you or were you married?

Sí / Yes ☐    No/No ☒

Página | 6

En caso afirmativo, por favor llene lo siguiente: / If so, please complete the following:

| | DD / MM / YYYY |
|---|---|
| Lugar del matrimonio/Place of marriage | Fecha /Date |

| | DD / MM / YYY |
|---|---|
| Lugar del divorcio/Place of divorce | Fecha /Date |

¿Hay alguna resolución o convenio judicial relativo a los menores?/
Is there any judicial decree related to the child(ren)?
(En caso afirmativo la misma deberá anexarse)/
(If so, please attach it)

Sí /Yes ☒    No/No ☐

¿Habitaban juntos antes de la sustracción?
Were the parents living together before the abduction?

Sí /Yes ☐    No/No ☒

## VI. PROCEDIMIENTOS O INSTANCIAS EN TRÁMITE/ONGOING PROCEEDINGS

EN ESTE MOMENTO EN EL JUZGADO DE LO FAMILIAR DE LORETO
ZACATECAS MEXICO CON NUMERO DE TELEFONO (4 9 6)
96 0 0300 SE ENCUENTRA TEMPORALMENTE
ACUERDO DE CUSTODIA Y PENSION ALIMENTICIA
CON RESPECTO A LOS MENORES
Y                                  , CON NUMERO DE EXPEDIANTE
373|2019 SIN SENTENCIA DEFINITIVA

## DATOS DE CONTACTO DEL ABOGADO / ATTORNEY'S CONTACT INFORMATION

| ( ) | ( ) | (449)1104286 |
|---|---|---|
| Teléfono directo/ Direct line | Teléfono de oficina/Office number | Celular/Mobile |

## V. DATOS DE LOS PADRES/ PARENT INFORMATION

¿Están o estaban casados? / Are you or were you married?

☐ Sí / Yes   ☒ No/No

Página | 6

En caso afirmativo, por favor llene lo siguiente: / If so, please complete the following:

| | DD / MM / YYYY |
|---|---|
| Lugar del matrimonio/Place of marriage | Fecha /Date |

| | DD / MM / YYY |
|---|---|
| Lugar del divorcio/Place of divorce | Fecha /Date |

¿Hay alguna resolución o convenio judicial relativo a los menores?/
Is there any judicial decree related to the child(ren)?
(En caso afirmativo la misma deberá anexarse)/
(If so, please attach it)

☒ Sí /Yes   ☐ No/No

¿Habitaban juntos antes de la sustracción?
Were the parents living together before the abduction?

☐ Sí /Yes   ☒ No/No

## VI. PROCEDIMIENTOS O INSTANCIAS EN TRÁMITE/ONGOING PROCEEDINGS

Por favor especifique si existen procedimientos judiciales relacionados con el/ los menor(es) en curso. Si requiere más espacio incluye las hojas que considere necesarias / Please state if there are ongoing judicial proceedings concerning the child/ren. If you need more space, please attach additional sheets.

AT THIS MOMENT IN THE FAMILY COURT IN LORETO, ZACATECAS MEXICO, WITH TELEPHONE NUMBER 496 962 0300, A COEXISTING AND ALIMONY AGREEMENT IS TEMPORARY FOUND WITH RESPECT TO THE MINORS

WITH FILE NUMBER 373 | 2019. WITHOUT DEFINITIVE SENTENCE

## DATOS DE CONTACTO DEL ABOGADO / ATTORNEY'S CONTACT INFORMATION

| ( ) | ( ) | (449 ) 110 4286 |
|---|---|---|
| Teléfono directo/ Direct line | Teléfono de oficina/Office number | Celular/Mobile |

| Correo electrónico/E-mail | Otros/Other |
|---|---|

**VII. (LLENAR ESTA PARTE SÓLO SI SE SOLICITA LA RESTITUCIÓN O DERECHOS DE VISITA DE MÁS DE UN MENOR/ COMPLETE THIS PART ONLY IF YOU ARE REQUESTING THE RETURN OR ACCESS OF MORE THAN ONE CHILD)**

NOMBRE DEL MENOR /NAME OF THE CHILD

Página | 7

| | | MEXICAN/ |
|---|---|---|
| Apellido paterno/Last name | Apellido materno/Maternal last name | Nombre(s)/First and Middle name |

| 27 / 11MM | 12015 | AGUASCALIENTES | AMERICAN |
|---|---|---|---|
| Fecha de nacimiento/Date of birth | Lugar de nacimiento/Place of birth | Nacionalidad/Citizenship |

| 27 / 11MM | 12031 | MALE | 4 YEARS |
|---|---|---|---|
| Cumplirá 16 años el/Who will be the age of 16 years on | Sexo/Gender | Edad / Age |

| | 07 / 03 12024 | ENRIQUE ESTRADA # 401 LORETO, ZACATECAS MEXICO |
|---|---|---|
| Número de pasaporte/ Passport number | Y and | Fecha de Caducidad/ Expiration date | Residencia habitual ANTES DE LA SUSTRACCION/ Habitual residence BEFORE THE ABDUCTION |

INFORMACIÓN FÍSICA/PHYSICAL INFORMATION

| 38 inchs | 62 libras | BLACK | BROWN |
|---|---|---|---|
| Estatura/Height | Peso /Weight | Color de cabello/Hair color | Color de ojos/Eye color |

| N/A |
|---|
| Señas particulares/Distinctive marks |

NOMBRE DEL MENOR /NAME OF THE CHILD

| | | |
|---|---|---|
| Apellido paterno/Last name | Apellido materno/Maternal last name | Nombre(s)/First and middle name |

| DD / MM / YYYY | | |
|---|---|---|
| Fecha de nacimiento/Date of birth | Lugar de nacimiento/Place of birth | Nacionalidad/Citizenship |

| DD / MM / YYYY | | |
|---|---|---|
| Cumplirá 16 años el/Who will be the age of 16 years on | Sexo/Gender | Edad / Age |

| | DD / MM / YYYY | País /Country |
|---|---|---|
| Número de pasaporte/ Passport number | Y and | Fecha de Caducidad/ Expiration date | Residencia habitual ANTES DE LA SUSTRACCION/ Habitual residence BEFORE THE ABDUCTION |

INFORMACIÓN FÍSICA/PHYSICAL INFORMATION

| | | | |
|---|---|---|---|
| Estatura/Height | Peso /Weight | Color de cabello/Hair color | Color de ojos/Eye color |

En caso de requerir más espacio para otro menor, favor de fotocopiar la presente hoja / If you need more space, please photocopy this page

Señas particulares/Distinctive marks

## VIII. PROPUESTA DE RETORNO O CONVIVENCIAS CON EL MENOR/PROPOSAL FOR RETURN OR ACCESS

Proporcionar información sobre la manera en que se propone que viaje el menor y las personas que lo acompañarían a su lugar de residencia habitual en caso de ordenarse su retorno; o bien, la propuesta de convivencias y/o contacto por medios electrónicos en caso de haber solicitado derechos de visita. Si requiere más espacio, favor de anexar las hojas necesarias.

Please provide information about proposed travel arrangements for the child if return is ordered, including the name of the person traveling with the child. If you request access please provide visitation and/or contact proposal.

YO: ARTURO HERRADA PADRE DE LOS MENORES
                    · DE 6 AÑOS Y
          DE 4 AÑOS RECOMIENDO RESTITUIR
LA PRESENCIA FISICA DE LOS MENORES A
SU LUGAR O DOMICILIO DE ORIGEN: LORETO
ZACATECAS, MEXICO; PORQUE DESDE SU NACI-
MIENTO NO HAN CONOCIDO OTRO LUGAR DE RESI-
DENCIA Y POR SU BIENESTAR FISICO Y EMOCIONAL
POR TENER A TODOS SUS FAMILIARES, AMIGOS
Y LUGAR DONDE CURSAN SU ESCOLARIDAD.
PROPONGO QUE YO PUEDO IR A EL LUGAR DE
UBICACION DE LOS MENORES A LOS ESTADOS
UNIDOS PARA LA REINSTITUCION DE LOS MISMOS;
Y/O QUE LA MADRE DE LOS MENORES: MARISOL
M. MACIAS LOS REINSTITUYA A SU LUGAR DE
ORIGEN Y RESIDENCIA. LORETO, ZACATECAS,
MEXICO,

Señas particulares/Distinctive marks

## VIII. PROPUESTA DE RETORNO O CONVIVENCIAS CON EL MENOR/PROPOSAL FOR RETURN OR ACCESS

Proporcionar información sobre la manera en que se propone que viaje el menor y las personas que lo acompañarían a su lugar de residencia habitual en caso de ordenarse su retorno; o bien, la propuesta de convivencias y/o contacto por medios electrónicos en caso de haber solicitado derechos de visita. Si requiere más espacio, favor de anexar las hojas necesarias.

Please provide information about proposed travel arrangements for the child if return is ordered, including the name of the person traveling with the child. If you request access please provide visitation and/or contact proposal.

I, ARTURO HERADA, FATHER OF THE MINORS RECOMMEND RESTORING THE MINOR TO THEIR PLACE OF ORIGIN: LORETO ZACATECAS MEXICO, BECAUSE SINCE THEIR BIRTH THEY HAVE NOT KNOWN ANOTHER PLACE OF RESIDENCE AND FOR THEIR PHYSICAL AND EMMOTIONAL WELL-BEING BECAUSE THEY HAVE ALL THEIR FAMILY, FRIENDS AND THE PLACE WERE THEY ATTEND TO SCHOOL.

I PROPOSE THAT I CAIN GO TO THE PLACE WHERE THE MINORS ARE LOCATED IN THE UNITED STATES FOR THEIR RESTITUTION AND/OR THAT THE MOTHER OF THE MINORS, MARUOL M MACIAS, RETURN THEM TO THEIR PLACE OF RESIDENCE. LORETO ZACATECAS MEXICO.

## IX. COMENTARIOS Y OBSERVACIONES/ADDITIONAL REMARKS

Favor de especificar si cuenta con documentación migratoria para ingresar al país en el que se encuentra el menor/es, si está disponible y cuenta con los recursos para viajar y si habla el idioma del país de que se trate. Please specify if you have documents required to enter the country where the child/ren is/are located, if you are available and have the resources to travel and whether you speak the language of that country.

Página | 9

SI CUENTO CON LA DOCUMENTACION NECESARIA Y
LOS RECURSOS ECONOMICOS PARA INGRESAR A
EL PAIS DE USA. ADEMAS SI DOMINO EL IDIOMA
DE INGLES, PARA LA REINSTITUCION DE LA
MENORES.

I DO HAVE THE NECESSARY DOCUMENTATION AND FINANCIAL
RESORCES TO ENTER THE COUNTRY OF THE USA. BESIDES,
I DO MASTER THE ENGLISH LANGUAGE.

## DOCUMENTOS QUE SE ANEXAN/DOCUMENTS ATTACHED

[X] FOTOGRAFIA DEL MENOR/ES PHOTOGRAPH OF THE CHILD(REN)

[X] FOTOGRAFIA DE LA PERSONA QUE PRESUNTAMENTE SUSTRAJO AL (LOS) MENOR(ES)PHOTOGRAPH OF THE PERSON ALLEGED TO HAVE WRONGFULLY REMOVED THE CHILD(REN)

[X] COPIA CERTIFICADA DEL ACTA DE NACIMIENTO DEL(OS) MENOR(ES)/CERTIFIED COPY OF THE BIRTH CERTIFICATE OF THE CHILD(REN)

[ ] COPIA CERTIFICADA DEL ACTA DE MATRIMONIO/CERTIFIED COPY OF THE MARRIAGE CERTIFICATE

[ ] SENTENCIA QUE DECRETA EL DIVORCIO/DIVORCE DECREE

[X] ACUERDO O CONVENIO JUDICIAL RELATIVO A LA CUSTODIA Y/O AL EJERCICIO DEL DERECHO DE VISTA/JUDICIAL AGREEMENT CONCERNING CUSTODY OR ACCESS

[X] OTROS  (OTHER):

PASAPORTE  AMERICANO  DEL  PADRE
PASAPORTE  AMERICANO  DE  LA  MADRE
PASAPORTE  AMERICANO  DE  LOS  2  MENORES
CERTIFICADO  DE  LA  NATURALIZACION  2  MENORES
IDENTIFICACION  OFICIAL  DEL  IDE  DE  LA  MADRE
NO. SEGURIDAD SOCIAL  DE  LA MADRE
(OPIA) DE  ACTAS  DE  LOS  MENORES  (AMERICANAS)

ZACATECAS, ZACATECAS          21/09/2020
Lugar y firma/Place and Signature              Fecha/Date

# EXHIBIT 9



*Mtro. Sergio Magallanes Rios*

Perito Traductor en La Especialidad de Inglés-Español Adscrito a La Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas



Poder Judicial del
Estado de Zacatecas

| SRE | UNITED | JUAN ALDAMA |
|---|---|---|
| SECRETARY OF | STATES MEXICAN | ADMINISTRATION 2016-2018 |
| EXTERNAL RELATIONS | | A GOVERNMENT NEAR YOU! |

SECRETARY OF ETERNAL RELATIONS
OFFICE LIABILITY MUNICIPAL
JUAN ALDAMA, ZACATECAS

OFFICE NUMBER: 0-007 / JAZ-2017
SUBJECT: RIGHT OF VISIT
Juan Aldama, Zac., January 20, 2017.

C.P. EVARISTO PEREZ RODRIGUEZ
PRESENT.

Following the process of **VISITING RIGHTS OF**                      I am delivering some
articles of the Family Code of the State of Zacatecas, with the purpose of indicating that they must be translated
into the english language by expert certified translator, due to legal technicalities and order to follow up the
process of Organization of Visits with his / her child.

It is important to mention that you must send us the translation as soon as possible.

SINCERELY
ILLEGIBLE SIGNATURE
NORMA GLORIA CHAIREZ LOPEZ
OFFICE OF LIAISON MUNICIPAL
OF JUAN ALDAMA, ZAC.

C.C.P. Archive

33 South Centennial Street, Colony Center, Juan Aldama,  Zacatecas. Zip code  98300, Phone (498) 982-90-44
Email ome.sre.jaz@hotmail.com



Cel. ☏ 492 909 1084 /492 144 7718  email:sergiotraductoroficial@gmail.com

Folio
5 c02 / 16



*Mtro. Sergio Magallanes Rios*

Perito Traductor en La Especialidad de Inglés-Español Adscrito a La Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas



Poder Judicial del
Estado de Zacatecas

### FAMILY CODE OF THE STATE OF ZACATECAS

## GENERAL PROVISIONS OF THE PATRIMONIAL, MARRIAGE AND CONCUBINARY REGIMES
## CHAPTER FOURTEEN
## OF THE CUNCUBINATE.

### ARTICLE 241

The concubinage is a marriage in fact, it is the union between a man and a woman free of marriage and without the impediments that the Law indicates to celebrate it, that of public and permanent way, they make common life, as if they were married, if such union lasts for more than two years or procreate children.

### ARTICLE 242.

The concubine will produce, respecting the children in this union, the following effects:
I. To carry the surnames of the father and the mother;
II. The right to child support;
III. The right to inherit in the terms indicated in the Civil Code;
IV. In general the same rights and obligations as the children of marriage.

## TITLE THIRD
## CHAPTER FIRST
## OF PATERNITY AND FILIATION.

### ARTICLE 284

The filiation confers and imposes on the children, the father and the mother, respectively, and the other ascendants the rights, duties and obligations established by law.

### ARTICLE 285

The filiation results from legal presumptions, or birth, or recognition or by virtue of an enforced sentence that declares. Result also from adoption. The law does not make any distinction in the rights of the children, based on the different way of proving the filiation.

### ARTICLE 286

The State, through the authority and organizations that the law indicates, must instruct the duties and rights inherent in filiations to whom have reached puberty.

## TITLE FOURTH
## OF THE PARENTS' AUTHORITY
## CHAPTER I
## OF THE EFFECTS OF THE PARENS' AUTHORITY WITH RESPECT TO THE CHILDREN
## OF THE PARENTS' AUTHORITY

### ARTICLE 370.

Ancestors and descendants, whatever their status, age or condition, have the reciprocal duty to honor and respect each other.

Cel. 📞 492 909 1084 /492 144 7718  email:sergiotraductoroficial@gmail.com

Folio

5603 / 16



*Mtro. Sergio Magallanes Rios*

Perito Traductor en La Especialidad de Inglés-Español Adscrito a La Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas



Poder Judicial del
Estado de Zacatecas

**ARTICLE 371.**
Minors who are not emancipated are under parents' authority, as long as there is one of the ancestors to whom it corresponds, according to the law.

**ARTICLE 372.**
The parents' authority is exercised over the person and property of the children.

**ARTICLE 373:**
Your exercise will be subject for the custody and education of the children, to the modalities that they will print the resolutions that are dictated, according to the applicable laws and, as the case may be those agreed by the parties as result of a mediation procedure. (Reformed P.O.G. number 79, dated October 3, 2007, Decree number 535). Except in exceptional circumstances, a child under 10 years of age shall not be separated from his / her mother. (Addition of second paragraph P.O.G. number 54, dated July 5, 1997, Decree number 179).

**ARTICLE 374.**
The parents' authority is exercised:
I. For the father and the mother together;
II. For the grandfather and grandmother of the father's side;
III. For the grandfather and grandmother of the mother's side;
In the cases indicated in fractions II and III of this article no priority is established and the Judge, in a reasoned resolution, may alter it in the best interest of the child.

**ARTICLE 375.**
When the two parents have recognized the child and live together, they will both exercise custody; If they are separated, shared custody will be preferred when the best interests of the child are taken care of, except for special circumstances that will be analyzed in accordance with the provisions of articles 343 and 344 of this Code.

**ARTICLE 376.**
If the child is adopted and adopted by a marriage, both spouses jointly exercise parents' authority over it.

**ARTICLE 377.**
If it was only adopted by a person, it corresponds to exercise parental authority.

**ARTICUTO 378.**
Only by lack or impediment of the father and the mother, parental authority corresponds to the grandfather and the grandmother paternos and maternal. In any case, those who by their solvency and reputation are the most suitable will be chosen for their exercise.

**ARTICLE 379.**
While the child is in parental authority, he can not leave the house of those who exercise it without permission from them or a decree of the competent Authority.





Perito Traductor en La Espacialidad de Inglés-Español Adscrito a La Central de Peritos del
Tribunal Superior de Justicia del Estado de Zacatecas



Poder Judicial del
Estado de Zacatecas

#### ARTICLE 380.

The people who have the child in custody, must educate and correct it with respect to their dignity; Therefore, all types of violence are prohibited in the terms of the provisions of this Code and other related provisions of this Code.

#### ARTICLE 381.

The Authorities, if necessary, will assist the custodians in the exercise of this and the other faculties that the law grants them, using warnings and correctives that provide them with sufficient support. The differences arising as a result of the custody of the minor's children or of the regulation of the coexistence regime may be resolved by means of an agreement obtained from a mediation procedure.

#### ARTICLE 382.

When it comes to the knowledge of the Judge that those who exercise parental authority do not fulfill the duties imposed on them, he will let the public prosecutor know, who will promote what corresponds in the interests of the subject to parental authority. The public prosecutor must make this promotion when the facts come to his knowledge by another means other than the information of the Judge.

The persons indicated in fractions II and III of article 374 of this code, who are not exercising parental authority, shall have the right to communication and coexistence with the child; In any case, may inform the Judge and the public prosecutor of any lack of the duties of those who exercise it.

#### ARTICLE 383.

Who is subject to parental authority cannot appear trial, nor incur any obligation, without the express consent of him or of those who exercise that right.

#### ARTICLE 385

When parental authority is exercised both by the father and by the mother, or by the grandfather and the grandmother, or by the adopters, the two will jointly be the legal representatives of the minor and the administrators of the estate of the minor. In case of disagreement between them, the judge will try to avenge them, and if he does not succeed, he will resolve what he considers most appropriate to the best interest of the minor.

#### ARTICLE 386.

Persons exercising parental authority shall also represent children in trial.

#### ARTICLE 387.

If, within the trial, a common representative is appointed to any of them, They may not enter into any arrangement to terminate it without the express consent of his consort and with judicial authorization when expressly required by law.

DECLARATION: The signed Sergio Magallanes Rios acting with the legal capacity of Expert Translator of the Court Superior of Justice of the State of Zacatecas,  to tell the truth proclamation that translation to develop is consistent with the content of the original document, according to my knowledge and understanding, it's been "RIGHT OF VISIT AND ARTICLES OF THE FAMILY CODE".

Expert Translator

Cel. 📞 492 909 1084 /492 144 7718  email:sergiotraductoroficial@gmail.com

Folio

CENTRAL DE PERITOS

5606/16