FILED
July 19, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ARTURO HERRADA SARABIA, | § |
| *Petitioner*, | § |
| v. | § Civil No. SA-21-CV-00422-OLG |
| MARISOL MACIAS MARTINEZ, | § |
| *Respondent*. | § |

## ORDER ADOPTING PARTIES' AGREEMENT AND DISMISSING PETITION

In the above-captioned matter, Petitioner Arturo Herrada Sarabia ("Petitioner") seeks the return of his minor children, N.H. born July 2014 and E.H. born November 2015 (collectively, the "Minor Children"), to Mexico under The Convention on the Civil Aspects of International Child Abduction, October 25, 1980 (the "Hague Convention") and the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. § 9001, *et seq.*

On July 19, 2021, the Court was informed that Petitioner and Respondent Marisol Macias Martinez ("Respondent"), the mother of the Minor Children, had reached an agreement regarding the return of the Minor Children. Specifically, the parties' signed "Agreement of Parties for Return of Children to Mexico" sets forth certain undertakings by the parties through which the Minor Children will be returned to Mexico. *See* Exhibit A (the "Agreement"). During a July 19, 2021 hearing in this matter, the Court walked through the various provisions of the Agreement with the aid of the Court's interpreter, and both Petitioner and Respondent confirmed that they understood the contents of the Agreement and intended to comply with each undertaking contained in the Agreement. Counsel for each party further indicated that the parties understood

the Agreement and jointly wished to resolve the matter through entry of the terms of the Agreement.[1]

Accordingly, it is hereby **ORDERED** that the Court accepts the parties' Agreement (Exhibit A), and pursuant to the parties Agreement:

- Respondent shall deliver possession of the Minor Children to Petitioner in Nixon, Texas on July 19, 2021;

- Petitioner shall take the Minor Children to Loreto, Zacatecas, Mexico, on or before July 25, 2021;

- On or before August 4, 2021, Petitioner shall (i) notify the Mexican Ministry of Foreign Affairs delegation in Zacatecas, Mexico or Aguascalientes, Mexico of entry of this Order and the Agreement in Exhibit A, and (ii) file this Order and Agreement in the family court in Loreto, Zacatecas, Mexico, seized with jurisdiction over the Minor Children; and

- Petitioner and Respondent shall work together to place into effect mutual orders of protection from each other to be effective within seven (7) business days of the arrival of the Minor Children in Mexico.

Finally, in light of the Agreement and consistent with the parties' intentions stated at the July 19, 2021 hearing, Petitioner's Verified Second Amended Emergency Petition for Return of

---

[1] In this case, Petitioner was represented *pro bono* by Celso Gonzalez-Falla and Respondent was represented—through court appointment—by Gary Caswell. As stated on the record at the July 19, 2021 hearing, the Court is appreciative of the diligent work by Mr. Gonzalez-Falla and Mr. Caswell on this matter. Although it was ultimately resolved by Agreement, this case involved complex legal issues as well as cross-border logistical hurdles. Mr. Gonzalez-Falla's and Mr. Caswell's expertise with Hague Convention matters was apparent throughout the proceedings, and counsel's detailed briefing and other attentive efforts were extremely helpful to the Court.

Children to Petitioner (docket no. 34)—the operative petition in this case—is hereby **DISMISSED**.

All pending motions in this matter are hereby **DENIED AS MOOT**, and this case is **CLOSED**.[2]

It is so **ORDERED**.

**SIGNED** this ___ day of July, 2021.

ORLANDO L. GARCIA
Chief United States District Judge

---

[2] As stated on the record at the July 19, 2021 hearing, Mr. Caswell may—pursuant to the Court's Appointment Order (docket no. 16), this Division's March 24, 2021 "Standing Order Establishing A+, A, and B Panels for Civil Appointments in the San Antonio Division and Supplementing Amended Plan for Reimbursement of Counsel" (the "March 2021 Standing Order"), and this District's July 29, 2021 "Order Adopting Amended Plan for the Payment of Attorney Fees and Reimbursement of Attorney Expenses in Civil Cases" (the "2011 Amended Plan")—seek certain fees and reimbursements for his efforts on this matter. To do so, Mr. Caswell should follow the steps set forth in the March 2021 Standing Order and 2011 Amended Plan.

# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ARTURO HERRADA SARABIA, | § § § § | |
| *Petitioner*, | § § | |
| v. | § § | Civil No. SA-21-CV-00422-OLG |
| MARISOL MACIAS MARTINEZ | § § § | |
| *Respondent* | § § § | |

**AGREEMENT OF PARTIES FOR RETURN OF CHILDREN TO MEXICO**

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned parties, ARTURO HERRADA SARABIA (Arturo) and MARISOL MACIAS MARTINEZ (Marisol) announce they have mutually agreed to the return of the children E.H. and N.H. to Loreto, Zacatecas, Mexico as follows:

1. Marisol will deliver possession of the children to Arturo in Nixon, Texas, on July 19, 2021. At his option, Arturo make take the children to stay with his daughter in Ft. Worth, Texas, where the children previously had visitation with Arturo.

2. Arturo will take the children to Loreto, Zacatecas, Mexico, on or before Sunday, July 25, 2021.

3. Arturo will notify the Mexican Ministry of Foreign Affairs delegation in Zacatecas or Aguascalientes and file this agreement and order adopting same in the family court in Loreto, Zacatecas, Mexico, seized with jurisdiction over the children, on or before August 4, 2021.

4. Arturo and Marisol will work together to place into effect mutual orders of protection from each other to be effective within 7 working days of the arrival of the children in Mexico.

5. Arturo and Marisol agree to safeguard the best interests of their children, treat each other amicably, and avoid any aggressive behavior towards each other and/or in front of the children.

**THE UNDERSIGNED REQUEST THIS AGREEMENT ADOPTED AND ENTERED AS AN ORDER OF THE COURT.**

SIGNED THIS THE 19TH DAY OF JULY, 2021.

_____
MARISOL MACIAS MARTINEZ

_____
ARTURO HERRADA SARABIA

**APPROVED AS TO FORM:**

_____
CELSO GONZALEZ-FALLA

_____
GARY CASWELL